**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RHODE ISLAND LABORERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Civil Action No.: 1:19-cv-05990-RA<br><br><br><br>CLASS ACTION |
| SELWYN KARP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Civil Action No.: 1:19-cv-06183-RA<br><br><br><br>CLASS ACTION |

**NOTICE OF MOTION OF ELMER WHITE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that on October 18, 2019, at 11:00 a.m. in Courtroom 1506 of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, Movant Elmer White ("Movant" or "White") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above captioned-actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of FedEx Corporation ("FedEx" or

the "Company") from September 19, 2017 through December 18, 2018, both dates inclusive; (3) approving Movant's selection of Thornton Law Firm as Lead Counsel and Bernstein Liebhard LLP as Liaison Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Guillaume Buell filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of FedEx Corporation from September 19, 2017 through December 18, 2018, both dates inclusive; (3) approve Movant's selection of Thornton Law Firm LLP as Lead Counsel and Bernstein Liebhard LLP as Liaison Counsel for the putative class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: AUGUST 26, 2019                    Respectfully Submitted,

**THORNTON LAW FIRM LLP**

 /s/ *Guillaume Buell*
GUILLAUME BUELL (GB0810)
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
gbuell@tenlaw.com

*Counsel for Movant and Proposed Lead Counsel*

**BERNSTEIN LIEBHARD LLP**
STANLEY D. BERNSTEIN
MICHAEL S. BIGIN
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414

2

Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com

*Counsel for Movant and Proposed Liaison Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Guillaume Buell, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 26th day of August, 2019.

*/s/ Guillaume Buell*
Guillaume Buell
