**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RHODE ISLAND LABORERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Civil Action No.: 1:19-cv-05990-RA<br><br><br><br>CLASS ACTION |
| SELWYN KARP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Civil Action No.: 1:19-cv-06183-RA<br><br><br><br>CLASS ACTION |

**DECLARATION OF GUILLAUME BUELL IN SUPPORT OF THE MOTION OF
ELMER WHITE FOR CONSOLIDATION OF THE RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL**

I, GUILLAUME BUELL, declare as follows:

1.       I am Of Counsel with the law firm of Thornton Law Firm LLP ("Thornton"), and proposed lead counsel for lead plaintiff Movant Elmer White ("Movant" or "White") in the above-captioned actions (the "Related Actions"). I submit this Declaration in support of Movant's Motion for entry of an Order: (1) consolidating the Related Actions; (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of FedEx Corporation ("FedEx" or the "Company") from September 19, 2017 through December 18,

2018, both dates inclusive; (3) approving Movant's selection of TLF as Lead Counsel and Bernstein Liebhard LLP ("Bernstein Liebhard") as Liaison Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

2.   Attached hereto as Exhibit A is a true and correct copy of the PSLRA Certification signed by Movant.

3.   Attached hereto as Exhibit B is a true and correct copy of a Declaration signed by Movant.

4.   Attached hereto as Exhibit C is a true and correct copy of the loss chart detailing Movant's losses.

5.   Attached hereto as Exhibit D is a true and correct copy of the press release announcing the filing of the *Rhode Island Laborers* first-filed Action on June 26, 2019.

6.   Attached hereto as Exhibit E is a true and correct copy of the firm résumés of Thornton and Bernstein Liebhard.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 26th day of August, 2019 at Boston, Massachusetts.

*/s/ Guillaume Buell*
Guillaume Buell

## **CERTIFICATE OF SERVICE**

I, Guillaume Buell, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 26th day of August, 2019.

*/s/Guillaume Buell*
Guillaume Buell