**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RHODE ISLAND LABORERS' PENSION FUND, Individually and on Behalf of and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ,<br><br>        Defendants. | Civil Action No.: 1:19-cv-05990-RA<br><br>CLASS ACTION<br><br>Hon. Ronnie Abrams |
| SELWYN KARP, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ,<br><br>        Defendants. | Civil Action No.: 1:19-cv-06183- RA<br><br>CLASS ACTION<br><br>Hon. Ronnie Abrams |

**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF JAMES A. HENTZ'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Gregory M. Nespole, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm of Levi & Korsinsky, LLP, proposed lead counsel for

lead plaintiff movant James A. Hentz ("Movant") in the above-captioned actions (the "Actions").

I submit this Declaration in support of Movant's Motion for entry of an Order: (1) consolidating

the Actions; (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired securities of FedEx Corporation ("FedEx" or the "Company") from September 19, 2017 and December 18, 2019, inclusive; (3) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

2.      Attached hereto as Exhibit A is a true and correct copy of Movant's PSLRA Certification attesting to his transactions in FedEx securities during the Class Period.

3.      Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.      Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in the Southern District of New York on June 26, 2019.

5.      Attached hereto as Exhibit D is a true and correct copy of Levi & Korsinsky's firm résumé.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 26th day of August 2019 at New York, New York.

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Gregory M. Nespole*
Gregory M. Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

2