**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RHODE ISLAND LABORERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ,<br><br>     Defendants. | Case No. 1:19-cv-05990-RA<br><br>Judge Ronnie Abrams<br><br><u>CLASS ACTION</u><br><br>**MOTION OF EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br><u>ORAL ARGUMENT REQUESTED</u> |
| SELWYN KARP, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ,<br><br>     Defendants. | Case No. 1:19-cv-06183-RA<br><br>Judge Ronnie Abrams |

Proposed Lead Plaintiff Employees' Retirement System of the State of Rhode Island ("Rhode Island") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned actions (the "Action"); (ii) appointing Rhode Island as Lead Plaintiff on behalf of the Class of all persons who purchased, or otherwise acquired, FedEx Corporation ("FedEx" or the "Company") securities during the period from September 19, 2017 through December 18, 2018, inclusive (the "Class Period"); (iii) approving Rhode Island's selection of Labaton Sucharow LLP ("Labaton Sucharow") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Co-Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Rhode Island is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Rhode Island has the "largest financial interest" in the relief sought by the Class in this action. Rhode Island also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because Rhode Island will fairly and adequately represent the Class. Further, Rhode Island is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Rhode Island respectfully requests that the Court grant its motion and enter an Order: (i) consolidating the above-captioned actions; (ii) appointing Rhode Island as Lead Plaintiff; (iii) approving Rhode Island's selection of Labaton Sucharow and Bernstein Litowitz as Co-Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

DATED:  August 26, 2019

Respectfully submitted,

/s/ Francis P. McConville

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk
Michael D. Blatchley
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff Employees' Retirement System of the State of Rhode Island and Proposed Co-Lead Counsel for the Class*

3