UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHODE ISLAND LABORERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ,<br><br>    Defendants. | Case No.  1:19-cv-05990-RA |
| SELWYN KARP, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ,<br><br>    Defendants. | Case No.  1:19-cv-06183-RA |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF IRONWORKERS LOCALS 40, 361 & 417 UNION SECURITY FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Ironworkers Locals 40, 361 & 417 Union Security Funds ("Ironworkers"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in support of Ironworkers' motion for consolidation, appointment as Lead Plaintiff, and approval of its selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Loss chart of Ironworkers;

Exhibit B:     Press release published over *Globe Newswire* on June 26, 2019, announcing the pendency of the first-filed of the above-captioned related actions;

Exhibit C:     Shareholder Certification executed by Brian Sabbagh, as Fund Administrator, on behalf of Ironworkers; and

Exhibit D:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 26, 2019, at New York, New York.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

1