# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Brian Sabbagh, on behalf of Ironworkers Locals 40, 361 & 417 Union Security Funds ("Ironworkers"), as Fund Administrator, with authority to enter into litigation on behalf of Ironworkers, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against FedEx Corporation ("FedEx") and authorize the filing of a motion on Ironworkers' behalf for appointment as lead plaintiff.

3. Ironworkers did not purchase or acquire FedEx securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Ironworkers is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired FedEx securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of Ironworkers' transactions in FedEx securities during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, Ironworkers has served or sought to serve as a representative party, and/or filed a complaint on behalf of a class under the federal securities laws in the following actions:

- *Gross v. AT&T Inc. et al.*, 1:19-cv-02892 (S.D.N.Y.);

- *In re Alphabet, Inc. Sec. Litig.*, 4:18-cv-06245 (N.D. Cal.);

- *Marder v. Campbell Soup Company et al.*, 1:18-cv-14385 (D.N.J.);

- *Chandler v. Ulta Beauty, Inc. et al.*, 1:18-cv-01577 (N.D. Ill.);

- *Howard v. Arconic, Inc. et al.*, 2:17-cv-01057 (W.D. Pa.);

- *McKenna v. Dick's Sporting Goods, Inc. et al.*, 1:17-cv-03680 (S.D.N.Y.);

- *City of Dearborn Heights Act 345 Police & Fire Retirement System v. Chicago Bridge & Iron Company N.V. et al.*, 1:17-cv-01580 (S.D.N.Y.);

- *Utesch v. Lannett Company, Inc. et al.*, 2:16-cv-05932 (E.D. Pa.);

- *In re Ocwen Financial Corporation Securities Litigation*, 9:14-cv-81057 (S.D. Fla.); and

- *Booth v. Linn Energy LLC et al.*, 1:13-cv-06712 (S.D.N.Y.).

7.     Ironworkers agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury that the foregoing is true and correct.

Executed  8/7/19
          **(Date)**

_____
**(Signature)**
Brian Sabbagh
Fund Administrator
Ironworkers Locals 40, 361 & 417 Union Security Funds

**Fedex Corporation (FDX)**          **Iron Workers Locals 40, 361 & 417 - Union Security Funds ("Ironworkers")**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 7/27/2018 | Purchase | 1,980 | $241.1447 |
| 9/27/2018 | Purchase | 565 | $240.4662 |
| 12/18/2017 | Sale | (5,530) | $242.4280 |
| | | | |
| 11/21/2017 | Purchase | 980 | $217.3560 |
| 7/27/2018 | Purchase | 680 | $241.1926 |
| 9/27/2018 | Purchase | 335 | $240.4701 |
| 12/18/2018 | Purchase | 565 | $183.7030 |
| 12/18/2017 | Sale | (2,950) | $243.2355 |
| | | | |
| 2/13/2018 | Purchase | 415 | $240.9728 |
| 3/22/2018 | Purchase | 280 | $237.5371 |
| 9/24/2018 | Purchase | 305 | $244.0298 |
| 12/18/2018 | Purchase | 515 | $183.7030 |
| 12/18/2017 | Sale | (2,570) | $243.2355 |