UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | x | |
|---|---|---|
| RHODE ISLAND LABORERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:19-cv-05990-RA |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ, | : : : : : : | |
| Defendants. | : : : | |
| SELWYN KARP, Individually and on Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:19-cv-06183-RA |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| vs. | : : | |
| FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ, | : : : : : : | |
| Defendants. | : x | |

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

4825-9684-7266.v1

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff City of Bradford Metropolitan District Council as administering authority to the West Yorkshire Pension Fund (the "Pension Fund") will move this Court, on October 18, 2019 at 11:00 a.m., in Courtroom 1506 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order (attached hereto): (1) consolidating the above-captioned related actions presently pending before this Court; (2) appointing the Pension Fund as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*.; and (3) approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed class.  In support of this Motion, the Pension fund submits herewith a Memorandum of Law and Declaration of David A. Rosenfeld, dated August 26, 2019.

DATED:  August 26, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

- 1 -

4825-9684-7266.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

4825-9684-7266.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 26, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4825-9684-7266.v1

## Mailing Information for a Case 1:19-cv-05990-RA Rhode Island Laborers' Pension Fund v. FedEx Corporation et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew Robert Beatty**
  andrew.beatty@skadden.com,william.ridgway@skadden.com,jack.dicanio@skadden.com

- **Guillaume Buell**
  gbuell@tenlaw.com,8927635420@filings.docketbird.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Christopher J. Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com

- **Francis Paul McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Susan Leslie Saltzstein**
  ssaltzst@skadden.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)