UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

RHODE ISLAND LABORERS' PENSION
FUND, Individually and on Behalf of All
Others Similarly Situated,

                Plaintiff,

    vs.

FEDEX CORPORATION, FREDERICK W.
SMITH, ALAN B. GRAF, JR., DAVID J.
BRONCZEK, RAJESH SUBRAMANIAM,
DAVID L. CUNNINGHAM, DONALD F.
COLLERAN, and MICHAEL C. LENZ,

                Defendants.

:  Civil Action No. 1:19-cv-05990-RA

:  CLASS ACTION

———————————————————— 

SELWYN KARP, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiff,

    vs.

FEDEX CORPORATION, FREDERICK W.
SMITH, ALAN B. GRAF, JR., DAVID J.
BRONCZEK, RAJESH SUBRAMANIAM,
DAVID L. CUNNINGHAM, DONALD F.
COLLERAN, and MICHAEL C. LENZ,

                Defendants.

:  Civil Action No. 1:19-cv-06183-RA

:  CLASS ACTION

———————————————————— x

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF LEAD COUNSEL

4844-2667-7922.v1

I, DAVID A. ROSENFELD, declare as follows:

1.        I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant City of Bradford Metropolitan District Council as administering authority to the West Yorkshire Pension Fund (the "Pension Fund") and proposed lead counsel for the class in the above-captioned related actions.  I make this declaration in support of the Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.        Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published in *Globe Newswire*, a national business-oriented wire service, on June 26, 2019;

Exhibit B:    The Pension Fund's Sworn Certification; and

Exhibit C:    Chart of the Pension Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of August, 2019, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

4844-2667-7922.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 26, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4844-2667-7922.v1

**Mailing Information for a Case 1:19-cv-05990-RA Rhode Island Laborers' Pension Fund v. FedEx Corporation et al**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew Robert Beatty**
  andrew.beatty@skadden.com,william.ridgway@skadden.com,jack.dicanio@skadden.com

- **Guillaume Buell**
  gbuell@tenlaw.com,8927635420@filings.docketbird.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Christopher J. Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com

- **Francis Paul McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Susan Leslie Saltzstein**
  ssaltzst@skadden.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)