**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RHODE ISLAND LABORERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ,<br><br>  Defendants. | Case No. 1:19-cv-05990-RA<br><br>Judge Ronnie Abrams<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br><u>ORAL ARGUMENT REQUESTED</u> |
| SELWYN KARP, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>FEDEX CORPORATION, FREDERICK W. SMITH, ALAN B. GRAF, JR., DAVID J. BRONCZEK, RAJESH SUBRAMANIAM, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, and MICHAEL C. LENZ,<br><br>  Defendants. | Case No. 1:19-cv-06183-RA<br><br>Judge Ronnie Abrams |

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Co-Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Employees' Retirement System of the State of Rhode Island ("Rhode Island") for the entry of an Order: (i) consolidating the above-captioned actions (the "Action"); (ii) appointing Rhode Island as Lead Plaintiff on behalf of the Class of all persons who purchased, or otherwise acquired, FedEx Corporation ("FedEx" or the "Company") securities during the period from September 19, 2017 through December 18, 2018, inclusive (the "Class Period"); (iii) approving Rhode Island's selection of Labaton Sucharow and  Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Co-Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Rhode Island, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for Rhode Island;

EXHIBIT C:  Notice of pendency of *Rhode Island Laborers' Pension Fund v. FedEx Corporation*, No. 19-cv-05990 (S.D.N.Y.), published on June 26, 2019;

EXHIBIT D:  Firm Resume of Labaton Sucharow; and

EXHIBIT E:  Firm Resume of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

2

3

DATED:  August 26, 2019                    Respectfully submitted,

                                           */s/ Francis P. McConville*

                                           **LABATON SUCHAROW LLP**
                                           Francis P. McConville
                                           140 Broadway
                                           New York, New York 10005
                                           Telephone: (212) 907-0700
                                           Facsimile:  (212) 818-0477
                                           fmcconville@labaton.com

3