# Exhibit B

**LOSS ANALYSIS**
**Class Period: 9/20/2017 to 12/18/2018**

**FedEx Corporation**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| FDX | 31428X106 | 2142784 | US31428X1063 | $174.3913 [1] |

**Employees' Retirement System of Rhode Island**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 09/20/17 | 6,570 | | |
| Sale | 06/29/18 | -6,570 | $227.9933 | $1,497,915.98 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *-6,570* | | *$1,497,915.98* |
| Purchase | 07/31/18 | 11,600 | $245.8700 | ($2,852,092.00) |
| *Class Period purchases:* | | *11,600* | | *($2,852,092.00)* |
| Sale | 10/16/18 | -100 | $226.1800 | $22,618.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-100* | | *$22,618.00* |
| | Shares Held: | 11,500 | $174.3913 | $2,005,500.33 |

|  |  |
|---|---|
| **LIFO Gain/(Loss):** | **($823,973.67)** |
| **Total Shares Bought:** | **11,600** |
| **Total Net Shares:** | **4,930** |
| **Total Net Expenditures:** | **($1,331,558.02)** |

[1] *Value of shares held is the mean trading price from 12/19/2018 to 3/18/2019.*