USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
RHODE ISLAND LABORERS' PENSION : Civil Action No. 1:19-cv-05990-RA
FUND, Individually and on Behalf of All : **(Consolidated)**
Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
FEDEX CORPORATION, FREDERICK W. :
SMITH, ALAN B. GRAF, JR., DAVID J. :
BRONCZEK, RAJESH SUBRAMANIAM, :
DAVID L. CUNNINGHAM, DONALD F. :
COLLERAN, and MICHAEL C. LENZ, :
:
Defendants. :
———————————————————— x

## [~~PROPOSED~~] REVISED SCHEDULING ORDER

IT IS HEREBY ORDERED that:

1. Lead Plaintiff shall file a consolidated amended complaint on or before January 13, 2020.

2. Defendants shall move to dismiss, answer or otherwise respond to the consolidated amended complaint by no later than March 13, 2020.

3. Lead Plaintiff's opposition to Defendants' motion, answer or other response shall be filed no later than April 27, 2020.

4. Defendants' reply brief(s) shall be filed no later than June 11, 2020.

\* \* \*

## ORDER

IT IS SO ORDERED.

DATED: 12-30-19

THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE