# Robbins Geller
# Rudman & Dowd LLP

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Chad Johnson
chadj@rgrdlaw.com
Dir: 212-791-0567

January 3, 2020

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/3/20
> VIA ECF

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *Rhode Island Laborers' Pension Fund v. FedEx Corp.*, 1:19-cv-05990-RA

Dear Judge Abrams:

We write on behalf of Lead Plaintiff City of Bradford Metropolitan District Council as administering authority to the West Yorkshire Pension Fund ("Lead Plaintiff" or "West Yorkshire") to request, as a housekeeping matter, that the Court amend the caption of this action to: *In re FedEx Corp. Securities Litigation.*

By way of background, this class action alleging violations of the federal securities laws was initiated on June 26, 2019 by Rhode Island Laborers' Pension Fund. On October 18, 2019, the Court appointed West Yorkshire as Lead Plaintiff and approved West Yorkshire's selection of Robbins Geller Rudman & Dowd LLP as lead counsel. ECF No. 17. In light of lead counsel's recent experience with filing amended complaints in securities actions in this District following the appointment of a lead plaintiff different from the plaintiff that filed the original complaint, and in order to avoid any confusion in connection with the filing of West Yorkshire's forthcoming consolidated amended complaint and future filings, West Yorkshire respectfully requests that the Court amend the caption of this action to: *In re FedEx Corp. Securities Litigation.*

We have conferred with counsel for defendants about this matter, and they take no position on the requested relief. We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Chad Johnson*

Chad Johnson

cc:   All counsel via ECF

> Application granted. The Clerk of Court is respectfully directed to update the caption of this action to *In re FedEx Corp. Securities Litigation.*
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 1/3/2020

125 Park Avenue      25th Floor      New York, NY 10017      Tel 212-693-1058