UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE FEDEX CORP. SECURITIES              :          Case No.: 1:19-cv-05990 (RA)
LITIGATION                                :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SUSAN L. SALTZSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

I, Susan L. Saltzstein, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a member of the Bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendants FedEx Corporation ("FedEx"), Frederick W. Smith, Alan B. Graf, Jr., David J. Bronczek, Rajesh Subramaniam, David L. Cunningham, Michael C. Lenz and Robert B. Carter (collectively, "Defendants").

2.      I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint for Violations of the Federal Securities Laws, and to transmit true and correct copies of the following documents:

Exhibit 1:    Excerpts from FedEx's annual report for the fiscal year ended May 31, 2016, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000119312516650267/d207174d10k.htm;

Exhibit 2:    Excerpts from FedEx's annual report for the fiscal year ended May 31, 2018, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459018016877/fdx-10k_20180531.htm;

Exhibit 3:    Excerpts from to FedEx's current report disclosing Merger Protocol as filed with the SEC on Form 8-K on April 9, 2015, available at: https://www.sec.gov/Archives/edgar/data/1048911/000119312515124383/d904857dex21.htm;

Exhibit 4:    FedEx's news release, dated May 25, 2016, available at: https://about.van.fedex.com/newsroom/fedex-acquires-tnt-express/

Exhibit 5:    Excerpts from FedEx's quarterly report for the quarterly period ended August 31, 2016, as filed with the SEC on Form 10-Q, available in full at:

https://www.sec.gov/Archives/edgar/data/1048911/000119312516716033/d237124d10q.htm;

Exhibit 6:     Excerpts from FedEx's quarterly report for the quarterly period ended February 28, 2017, as filed with the SEC on Form 10-Q, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459017005037/fdx-10q_20170228.htm

Exhibit 7:     Earnings release attached as Exhibit 99.1 to FedEx's current report as filed with the SEC on Form 8-K on June 28, 2017, available at: https://www.sec.gov/Archives/edgar/data/1048911/000119312517216213/d360461dex991.htm;

Exhibit 8:     Excerpts from FedEx's annual report for the fiscal year ended May 31, 2017, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000095012317006152/fdx-10k_20170531.htm;

Exhibit 9:     FedEx's first quarter earnings call transcript for fiscal year 2018, dated September 19, 2017;

Exhibit 10:    Earnings release attached as Exhibit 99.1 to FedEx's current report as filed with the SEC on Form 8-K on September 19, 2017, available at: https://www.sec.gov/Archives/edgar/data/1048911/000119312517288350/d447254dex991.htm;

Exhibit 11:    Excerpts from FedEx's quarterly report for the quarterly period ended November 30, 2017, as filed with the SEC on Form 10-Q, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459017025136/fdx-10q_20171130.htm;

Exhibit 12:    Earnings release attached as Exhibit 99.1 to FedEx's current report as filed with the SEC on Form 8-K on December 19, 2017, available at: https://www.sec.gov/Archives/edgar/data/1048911/000119312517373624/d450375dex991.htm;

Exhibit 13:    Earnings release attached as Exhibit 99.1 to FedEx's current report as filed with the SEC on Form 8-K on March 20, 2018, available at: https://www.sec.gov/Archives/edgar/data/1048911/000119312518089170/d554469dex991.htm;

Exhibit 14:    Excerpts from FedEx's quarterly report for the quarterly period ended February 28, 2018, as filed with the SEC on Form 10-Q, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459018006410/fdx-10q_20180228.htm;

Exhibit 15:    Excerpts from FedEx's quarterly report for the quarterly period ended August 31, 2018, as filed with the SEC on Form 10-Q, available in full at:

2

https://www.sec.gov/Archives/edgar/data/1048911/000156459018023207/fdx-10q_20180831.htm;

Exhibit 16:   Excerpts from FedEx's quarterly report for the quarterly period ended November 30, 2018, as filed with the SEC on Form 10-Q, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459018031032/fdx-10q_20181130.htm;

Exhibit 17:   Earnings release attached as Exhibit 99.1 to FedEx's current report as filed with the SEC on Form 8-K on September 17, 2018, available at: https://www.sec.gov/Archives/edgar/data/1048911/000119312518275289/d625718dex991.htm;

Exhibit 18:   Excerpts from FedEx's quarterly report for the quarterly period ended August 31, 2017, as filed with the SEC on Form 10-Q, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459017018835/fdx-10q_20170831.htm;

Exhibit 19:   FedEx's third quarter earnings call transcript for fiscal year 2018, dated March 20, 2018;

Exhibit 20:   Earnings release attached as Exhibit 99.1 to FedEx's current report as filed with the SEC on Form 8-K on December 18, 2018, available at: https://www.sec.gov/Archives/edgar/data/1048911/000119312518352112/d639104dex991.htm; and

Exhibit 21:   FedEx's first quarter earnings call transcript for fiscal year 2019, dated September 17, 2018.

Exhibit 22:   FedEx's second quarter earnings call transcript for fiscal year 2019, dated December 18, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2020, in New York, New York.

/s/ Susan L. Saltzstein
SUSAN L. SALTZSTEIN

3