# Exhibit 15

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE QUARTERLY PERIOD ENDED August 31, 2018

OR

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE TRANSITION PERIOD FROM _____ TO _____

Commission File Number: 1-15829

# FEDEX CORPORATION
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **62-1721435** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **942 South Shady Grove Road, Memphis, Tennessee** | **38120** |
| *(Address of principal executive offices)* | *(ZIP Code)* |

**(901) 818-7500**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer ☑ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller reporting company ☐ | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Common Stock | Outstanding Shares at September 13, 2018 |
|---|---|
| Common Stock, par value $0.10 per share | 263,515,857 |

FEDEX CORPORATION

INDEX

|  | PAGE |
|---|---|
| **PART I. FINANCIAL INFORMATION** | |
| ITEM 1. Financial Statements | |
| Condensed Consolidated Balance Sheets | |
| August 31, 2018 and May 31, 2018 | 3 |
| Condensed Consolidated Statements of Income | |
| Three Months Ended August 31, 2018 and 2017 | 5 |
| Condensed Consolidated Statements of Comprehensive Income | |
| Three Months Ended August 31, 2018 and 2017 | 6 |
| Condensed Consolidated Statements of Cash Flows | |
| Three Months Ended August 31, 2018 and 2017 | 7 |
| Notes to Condensed Consolidated Financial Statements | 8 |
| Report of Independent Registered Public Accounting Firm | 25 |
| ITEM 2. Management's Discussion and Analysis of Results of Operations and Financial Condition | 26 |
| ITEM 3. Quantitative and Qualitative Disclosures About Market Risk | 48 |
| ITEM 4. Controls and Procedures | 48 |
| **PART II. OTHER INFORMATION** | |
| ITEM 1. Legal Proceedings | 49 |
| ITEM 1A. Risk Factors | 49 |
| ITEM 2. Unregistered Sales of Equity Securities and Use of Proceeds | 50 |
| ITEM 6. Exhibits | 51 |
| Signature | 52 |
| Exhibit 10.1 | |
| Exhibit 10.2 | |
| Exhibit 10.3 | |
| Exhibit 10.4 | |
| Exhibit 10.5 | |
| Exhibit 10.6 | |
| Exhibit 10.7 | |
| Exhibit 10.8 | |
| Exhibit 12.1 | |
| Exhibit 15.1 | |
| Exhibit 31.1 | |
| Exhibit 31.2 | |
| Exhibit 32.1 | |
| Exhibit 32.2 | |
| Exhibit 101.1 Interactive Data Files | |

*Operating Expenses*

The following tables compare operating expenses expressed as dollar amounts (in millions) and as a percent of revenue for the three- month periods ended August 31:

|  |  | 2018 |  | 2017 | Percent of Revenue 2018 |  | 2017 |  |
|---|---|---|---|---|---|---|---|---|
| Operating expenses: |  |  |  |  |  |  |  |  |
| Salaries and employee benefits | $ | 6,260 | $ | 5,664 | 36.7 | % | 37.1 | % |
| Purchased transportation |  | 3,967 |  | 3,445 | 23.3 |  | 22.5 |  |
| Rentals and landing fees |  | 823 |  | 818 | 4.8 |  | 5.4 |  |
| Depreciation and amortization |  | 808 |  | 751 | 4.7 |  | 4.9 |  |
| Fuel |  | 986 |  | 703 | 5.8 |  | 4.6 |  |
| Maintenance and repairs |  | 735 |  | 675 | 4.3 |  | 4.4 |  |
| Other |  | 2,402 |  | 2,270 | 14.1 |  | 14.8 |  |
| Total operating expenses | $ | 15,981 | $ | 14,326 | 93.7 |  | 93.7 |  |
| Operating income | $ | 1,071 | $ | 971 | 6.3 | % | 6.3 | % |

Operating margin remained flat in the first quarter of 2019 primarily due to the increased revenue related to the recovery from the NotPetya cyberattack, offset by increased operating expenses across all transportation segments.

Salaries and employee benefits expense increased 11% in the first quarter of 2019 primarily due to the timing of advanced annual pay increases for certain hourly team members following the passage of the TCJA, higher staffing to support volume growth and higher variable compensation at all of our transportation segments. Purchased transportation costs increased 15% in the first quarter of 2019 primarily due to higher volumes at all of our transportation segments, as well as higher fuel surcharges and increased rates at FedEx Ground and FedEx Freight.

*Fuel*

The following graph for our transportation segments shows our average cost of jet and vehicle fuel per gallon for the five most recent quarters:



Fuel expense increased 40% in the first quarter of 2019 primarily due to increased fuel prices. However, fuel prices represent only one component of the factors we consider meaningful in understanding the impact of fuel on our business. Consideration must also be given to the fuel surcharge revenue we collect. Accordingly, we believe discussion of the net impact of fuel on our results, which is a comparison of the year-over-year change in these two factors, is important to understand the impact of fuel on our business. In order to provide information about the impact of fuel surcharges on the trend in revenue and yield growth, we have included the comparative weighted-average fuel surcharge percentages in effect for the first quarters of 2019 and 2018 in the accompanying discussion of each of our transportation segments.

Our fuel surcharges are adjusted on a weekly basis. The fuel surcharge is based on a weekly fuel price from two weeks prior to the week in which it is assessed. Some FedEx Express international fuel surcharges continue to incorporate a timing lag of approximately six to eight weeks.

The manner in which we purchase fuel also influences the net impact of fuel on our results. For example, our contracts for jet fuel purchases at FedEx Express are tied to various indices, including the U.S. Gulf Coast index. While many of these indices are aligned, each index may fluctuate at a different pace, driving variability in the prices paid for jet fuel. Furthermore, under these contractual arrangements, approximately 70% of our jet fuel is purchased based on the index price for the preceding week, with the remainder of our purchases tied to the index price for the preceding month, rather than based on daily spot rates. These contractual provisions mitigate the impact of rapidly changing daily spot rates on our jet fuel purchases.

Because of the factors described above, our operating results may be affected should the market price of fuel suddenly change by a significant amount or change by amounts that do not result in an adjustment in our fuel surcharges, which can significantly affect our earnings either positively or negatively in the short-term.

We routinely review our fuel surcharges and our fuel surcharge methodology. On September 10, 2018, we updated the tables used to determine our fuel surcharges at FedEx Express and FedEx Ground.

The net impact of fuel had a significant benefit to operating income in the first quarter of 2019 as higher fuel surcharges more than offset increased fuel prices.

The net impact of fuel on our operating results does not consider the effects that fuel surcharge levels may have on our business, including changes in demand and shifts in the mix of services purchased by our customers. While fluctuations in fuel surcharge percentages can be significant from period to period, fuel surcharges represent one of the many individual components of our pricing structure that impact our overall revenue and yield. Additional components include the mix of services sold, the base price and extra service charges we obtain for these services and the level of pricing discounts offered.

### *Income Taxes*

Our effective tax rate was 24.2% for the first quarter of 2019, compared with 39.3% for the first quarter of 2018. The 2019 tax rate was favorably impacted by the TCJA, which resulted in an approximate $135 million benefit primarily from the lower statutory tax rate on first quarter 2019 earnings. The 2018 tax rate was negatively impacted by costs incurred in connection with the integration of the foreign operations of FedEx Express and TNT Express and the effects of the NotPetya cyberattack on lower taxed foreign earnings, which were partially offset by tax benefits from share-based payments.

On August 1, 2018, the U.S. Treasury Department released proposed regulations covering the one-time transition tax on unrepatriated foreign earnings, which was enacted as part of the TCJA. Certain guidance included in these proposed regulations is inconsistent with our interpretation that led to the recognition of a $225 million ($0.94 per diluted share) benefit in 2018 (the "2018 Benefit"). This proposed guidance is not authoritative and is subject to change in the regulatory review process. However, if the proposed guidance is included in the final regulations as drafted, we may be required to reverse the 2018 Benefit in the quarter the regulations become final.

We are still completing our accounting for the income tax effects of the TCJA. As of August 31, 2018, there were no changes to the provisional amounts recorded at May 31, 2018.

We are subject to taxation in the United States and various U.S. state, local and foreign jurisdictions. We are currently under examination by the Internal Revenue Service for the 2014 and 2015 tax years. It is reasonably possible that certain income tax return proceedings will be completed during the next twelve months and could result in a change in our balance of unrecognized tax benefits. The expected impact of any changes would not be material to our consolidated financial statements. As of August 31, 2018, there were no material changes to our liabilities for unrecognized tax benefits subsequent to May 31, 2018.

### *Outlook*

We expect volume and yield growth at all of our transportation segments to support revenue and earnings growth in 2019, prior to any mark-to-market retirement plans adjustment. We will continue executing operational improvement programs at FedEx Ground and FedEx Freight that are designed to increase operational efficiency and safety, enhance service offerings to our customers and reduce our cost structure.

Our expectations for earnings growth in 2019 are dependent on key external factors, including fuel prices, moderate economic growth and stability in global trade.

During the remainder of 2019, we will continue to execute our TNT Express integration plans and will be focused on integrating the largest and most complex countries, which include the largest workforces and facilities. We expect the aggregat e integration program expense, including restructuring charges at TNT Express, over the four years through 2020 to be approximately $1.5 billion and expect to incur approximately $450 million of these costs during 2019. The timing and amount of integration expenses and capital investments in any future period may change as we implement our plans.

The integration process is complex as it spans over 200 countries and territories and involves combining our pickup-and-delivery operations at a local level, our global and regional air and ground networks, and our extensive operations, customs clearance, sales and back-office information technology systems. The integration is expected to be substantially completed by the end of 2020. We are targeting operating income improvement at the FedEx Express segment of $1.2 billion to $1.5 billion in 2020 from 2017 assuming moderate economic growth, stability in global trade and current accounting rules and tax laws. Although we are targeting to complete our integration program by the end of 2020, we are investing in opportunities to improve the capabilities of the integrated business for future profitability, including periods beyond 2020.

*Other Outlook Matters.* For details on key 2019 capital projects, refer to the "Liquidity Outlook" section of this MD&A.

FedEx Ground previously announced plans to implement the Independent Service Provider ("ISP") model throughout its entire U.S. pickup-and-delivery network. The transition to the ISP model is being accomplished on a district-by-district basis and we are now targeting the transition to be completed during the second quarter of 2020. As of August 31, 2018, over 60% of FedEx Ground volume was being delivered by small businesses operating under the ISP model. The costs associated with these transitions will be recognized in the periods incurred and are not expected to be material to any future quarter.

See "Forward-Looking Statements" and Part II, Item 1A "Risk Factors" for a discussion of these and other potential risks and uncertainties that could materially affect our future performance.

### RECENT ACCOUNTING GUIDANCE

See Note 1 of the accompanying unaudited condensed consolidated financial statements for a discussion of recent accounting guidance.

## REPORTABLE SEGMENTS

FedEx Express, FedEx Ground and FedEx Freight represent our major service lines and, along with FedEx Services, constitute our reportable segments. Our reportable segments include the following businesses:

| | |
|---|---|
| **FedEx Express Segment** | FedEx Express (express transportation)<br>TNT Express (international express transportation, small-package ground delivery and freight transportation) |
| **FedEx Ground Segment** | FedEx Ground (small-package ground delivery) |
| **FedEx Freight Segment** | FedEx Freight (LTL freight transportation) |
| **FedEx Services Segment** | FedEx Services (sales, marketing, information technology, communications, customer service, technical support, billing and collection services and back-office functions)<br>FedEx Office (document and business services and package acceptance) |

## FEDEX SERVICES SEGMENT

The operating expense line item "Intercompany charges" on the accompanying unaudited condensed consolidated financial statements of our transportation segments reflects the allocations from the FedEx Services segment to the respective transportation segments. The allocations of net operating costs are based on metrics such as relative revenues or estimated services provided.

The FedEx Services segment provides direct and indirect support to our transportation businesses, and we allocate all of the net operating costs of the FedEx Services segment (including the net operating results of FedEx Office) to reflect the full cost of operating our transportation businesses in the results of those segments. Within the FedEx Services segment allocation, the net operating results of FedEx Office, which are an immaterial component of our allocations, are allocated to FedEx Express and FedEx Ground. We review and evaluate the performance of our transportation segments based on operating income (inclusive of FedEx Services segment allocations). For the FedEx Services segment, performance is evaluated based on the impact of its total allocated net operating costs on our transportation segments. We believe these allocations approximate the net cost of providing these functions. Our allocation methodologies are refined periodically, as necessary, to reflect changes in our businesses.

## CORPORATE, OTHER AND ELIMINATIONS

Corporate and other includes corporate headquarters costs for executive officers and certain legal and finance functions, as well as certain other costs and credits not attributed to our core business. These costs are not allocated to the other business segments.

Also included in corporate and other is the FedEx Trade Networks operating segment, which provides customs brokerage and global ocean and air freight forwarding through FedEx Trade Networks Transport & Brokerage, Inc.; cross-border enablement and technology solutions and e-commerce transportation solutions through FedEx Cross Border Technologies, Inc.; integrated supply chain management solutions through FedEx Supply Chain Distribution System, Inc.; time-critical shipment services through FedEx Custom Critical, Inc.; and, effective September 1, 2018, critical inventory and service parts logistics, 3-D printing and technology repair through FedEx Forward Depots, Inc.

Certain FedEx operating companies provide transportation and related services for other FedEx companies outside their reportable segment. Billings for such services are based on negotiated rates, which we believe approximate fair value, and are reflected as revenues of the billing segment. These rates are adjusted from time to time based on market conditions. Such intersegment revenues and expenses are eliminated in our consolidated results and are not separately identified in the following segment information because the amounts are not material.

*FEDEX EXPRESS SEGMENT*

FedEx Express offers a wide range of U.S. domestic and international shipping services for delivery of packages and freight including priority, deferred and economy services, which provide delivery on a time-definite or day-definite basis. The following tables compare revenues, operating expenses, operating income (dollars in millions), operating margin and operating expenses as a percent of revenue for the periods ended August 31:

| | Three Months Ended | | Percent | | Percent of Revenue | |
| | 2018 | 2017 | Change | | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Revenues: | | | | | | |
| Package: | | | | | | |
| U.S. overnight box | $ 1,886 | $ 1,750 | 8 | | | |
| U.S. overnight envelope | 468 | 450 | 4 | | | |
| U.S. deferred | 952 | 878 | 8 | | | |
| Total U.S. domestic package revenue | 3,306 | 3,078 | 7 | | | |
| International priority | 1,848 | 1,741 | 6 | | | |
| International economy | 850 | 770 | 10 | | | |
| Total international export package revenue | 2,698 | 2,511 | 7 | | | |
| International domestic [1] | 1,127 | 1,044 | 8 | | | |
| Total package revenue | 7,131 | 6,633 | 8 | | | |
| Freight: | | | | | | |
| U.S. | 730 | 613 | 19 | | | |
| International priority | 551 | 470 | 17 | | | |
| International economy | 519 | 381 | 36 | | | |
| International airfreight | 85 | 83 | 2 | | | |
| Total freight revenue | 1,885 | 1,547 | 22 | | | |
| Other | 206 | 220 | (6) | | | |
| Total revenues | 9,222 | 8,400 | 10 | | 100.0 % | 100.0 % |
| Operating expenses: | | | | | | |
| Salaries and employee benefits | 3,473 | 3,214 | 8 | | 37.7 | 38.3 |
| Purchased transportation | 1,307 | 1,184 | 10 | | 14.2 | 14.1 |
| Rentals and landing fees | 470 | 484 | (3) | | 5.1 | 5.7 |
| Depreciation and amortization | 436 | 415 | 5 | | 4.7 | 4.9 |
| Fuel | 845 | 603 | 40 | | 9.2 | 7.2 |
| Maintenance and repairs | 502 | 459 | 9 | | 5.4 | 5.5 |
| Intercompany charges | 539 | 497 | 8 | | 5.8 | 5.9 |
| Other | 1,283 | 1,224 | 5 | | 13.9 | 14.6 |
| Total operating expenses | 8,855 | 8,080 | 10 | | 96.0 % | 96.2 % |
| Operating income | $ 367 | $ 320 | 15 | | | |
| Operating margin | 4.0% | 3.8% | 20 bp | | | |

[1] International domestic revenues relate to our international intra-country operations.

The following table compares selected s tatistics (in thousands, except yield amounts) for the periods ended August 31:

| | Three Months Ended | | Percent |
| | 2018 | 2017 | Change |
|---|---|---|---|
| **Package Statistics** | | | |
| Average daily package volume (ADV): | | | |
| U.S. overnight box | 1,231 | 1,188 | 4 |
| U.S. overnight envelope | 551 | 557 | (1) |
| U.S. deferred | 916 | 876 | 5 |
| Total U.S. domestic ADV | 2,698 | 2,621 | 3 |
| International priority | 518 | 504 | 3 |
| International economy | 276 | 252 | 10 |
| Total international export ADV | 794 | 756 | 5 |
| International domestic (1) | 2,395 | 2,238 | 7 |
| Total ADV | 5,887 | 5,615 | 5 |
| Revenue per package (yield): | | | |
| U.S. overnight box | $ 23.57 | $ 22.67 | 4 |
| U.S. overnight envelope | 13.09 | 12.43 | 5 |
| U.S. deferred | 15.98 | 15.42 | 4 |
| U.S. domestic composite | 18.85 | 18.07 | 4 |
| International priority | 54.84 | 53.17 | 3 |
| International economy | 47.43 | 46.95 | 1 |
| International export composite | 52.27 | 51.09 | 2 |
| International domestic (1) | 7.24 | 7.18 | 1 |
| Composite package yield | 18.64 | 18.17 | 3 |
| **Freight Statistics** | | | |
| Average daily freight pounds: | | | |
| U.S. | 8,309 | 7,727 | 8 |
| International priority | 5,315 | 4,906 | 8 |
| International economy | 13,459 | 10,281 | 31 |
| International airfreight | 1,717 | 1,853 | (7) |
| Total average daily freight pounds | 28,800 | 24,767 | 16 |
| Revenue per pound (yield): | | | |
| U.S. | $ 1.35 | $ 1.22 | 11 |
| International priority | 1.60 | 1.48 | 8 |
| International economy | 0.59 | 0.57 | 4 |
| International airfreight | 0.76 | 0.69 | 10 |
| Composite freight yield | 1.01 | 0.96 | 5 |

(1)    International domestic statistics relate to our international intra-country operations.

***FedEx Express Segment Revenues***

FedEx Express segment revenues increased 10% in the first quarter of 2019 primarily due to international package and freight volume recovery from the NotPetya cyberattack, higher freight pounds, U.S. domestic package volume and yield growth and higher fuel surcharges.

International export average daily volumes increased 5% in the first quarter of 2019 primarily due to increased volume from the recovery of the NotPetya cyberattack. International export package yields increased 2% in the first quarter of 2019 due to higher fuel surcharges, partially offset by lower base rates. Average daily freight pounds increased 16% in the first quarter of 2019 primarily due to higher volume in international freight services, driven by NotPetya cyberattack recovery as well as base business growth. Freight yields increased 5% in the first quarter of 2019 primarily due to higher fuel surcharges and base rates. U.S. domestic package average daily volumes increased 3% in the first quarter of 2019 driven by our deferred and overnight service offerings. U.S. domestic package yields increased 4% in the first quarter of 2019 primarily due to higher fuel surcharges and base rates.

FedEx Express's U.S. domestic and outbound fuel surcharge and international fuel surcharges ranged as follows for the periods ended August 31:

| | Three Months Ended | |
| --- | --- | --- |
| | **2018** | **2017** |
| U.S. Domestic and Outbound Fuel Surcharge: | | |
| Low | 7.02% | 2.21% |
| High | 7.27 | 3.33 |
| Weighted-average | 7.11 | 2.71 |
| International Fuel Surcharges: | | |
| Low | 8.14 | 3.38 |
| High | 17.97 | 13.73 |
| Weighted-average | 15.14 | 8.18 |

Effective January 1, 2018, FedEx Express implemented a 4.9% average list price increase for U.S. domestic, U.S. export and U.S. import services.

***FedEx Express Segment Operating Income***

FedEx Express segment operating income and margin increased in the first quarter of 2019 due to international package and freight volume recovery from the NotPetya cyberattack, higher freight pounds, U.S. domestic package volume growth and the positive net impact of fuel. The increased variable compensation accruals during 2019 and accelerated annual merit pay increases during late 2018 for certain of our hourly employees following the passage of the TCJA (described in the "Overview" section above) negatively impacted the year-over-year comparison of operating income by approximately $100 million. In addition, changes in service mix following the NotPetya cyberattack negatively impacted operating margin in the first quarter of 2019.

Results in the first quarter of 2019 include approximately $102 million of TNT Express integration expenses, a $14 million increase from the first quarter of 2018.

Salaries and employee benefits expense increased 8% in the first quarter of 2019 primarily due to the pay increases noted above and higher staffing to support volume growth. Purchased transportation expense increased 10% in the first quarter of 2019 primarily due to higher volume from the recovery of the NotPetya cyberattack. Maintenance and repairs expense increased 9% in the first quarter of 2019 primarily due to the timing of aircraft engine maintenance events.

Fuel expense increased 40% in the first quarter of 2019 due to higher fuel prices. However, the net impact of fuel had a significant benefit to operating income in the first quarter of 2019, as higher fuel surcharges more than offset increased fuel prices. See the "Fuel" section of this MD&A for a description and additional discussion of the net impact of fuel on our operating results.

*FEDEX GROUND SEGMENT*

FedEx Ground service offerings include day-certain delivery to businesses in the U.S. and Canada and to 100% of U.S. residences. The following tables compare revenues, operating expenses, operating income (dollars in millions), operating margin, selected package statistics (in thousands, except yield amounts) and operating expenses as a percent of revenue for the periods ended August 31:

| | Three Months Ended | | Percent | Percent of Revenue | |
| --- | --- | --- | --- | --- | --- |
| | 2018 | 2017 | Change | 2018 | 2017 |
| Revenues | $ 4,799 | $ 4,245 | 13 | 100.0 % | 100.0 % |
| Operating expenses: | | | | | |
| Salaries and employee benefits | 805 | 680 | 18 | 16.8 | 16.0 |
| Purchased transportation | 2,062 | 1,776 | 16 | 43.0 | 41.8 |
| Rentals | 191 | 184 | 4 | 4.0 | 4.3 |
| Depreciation and amortization | 173 | 161 | 7 | 3.6 | 3.8 |
| Fuel | 3 | 2 | 50 | — | — |
| Maintenance and repairs | 77 | 75 | 3 | 1.6 | 1.8 |
| Intercompany charges | 397 | 359 | 11 | 8.3 | 8.5 |
| Other | 424 | 402 | 5 | 8.8 | 9.5 |
| Total operating expenses | 4,132 | 3,639 | 14 | 86.1 % | 85.7 % |
| Operating income | $ 667 | $ 606 | 10 | | |
| Operating margin | 13.9% | 14.3% | (40) bp | | |
| Average daily package volume | 8,221 | 7,688 | 7 | | |
| Revenue per package (yield) | $ 8.96 | $ 8.47 | 6 | | |

*FedEx Ground Segment Revenues*

FedEx Ground segment revenues increased 13% in the first quarter of 2019 due to volume growth and increased yields. Average daily volume at FedEx Ground increased 7% in the first quarter of 2019 primarily due to continued growth in commercial and residential services driven by e-commerce growth. FedEx Ground yield increased 6% during the first quarter of 2019 primarily driven by higher fuel surcharges and base yields.

The FedEx Ground fuel surcharge is based on a rounded average of the national U.S. on-highway average price for a gallon of diesel fuel, as published by the Department of Energy. The fuel surcharge ranged as follows for the periods ended August 31:

| | Three Months Ended | |
| --- | --- | --- |
| | 2018 | 2017 |
| Low | 6.30% | 4.00% |
| High | 6.50 | 4.50 |
| Weighted-average | 6.30 | 4.32 |

Effective January 1, 2018, FedEx Ground implemented a 4.9% average list price increase. In addition, as announced on September 18, 2017, dimensional weight pricing applies to the majority of FedEx SmartPost shipments effective January 22, 2018.

*FedEx Ground Segment Operating Income*

FedEx Ground segment operating income increased 10% in the first quarter of 2019 due to volume growth and increased yields. The increased variable compensation accruals during 2019 and accelerated annual merit pay increases during late 2018 for certain of our hourly employees following the passage of the TCJA (described in the "Overview" section above) negatively impacted the year-over-year comparison of operating income by approximately $30 million. In addition, higher purchased transportation, staffing and network expansion costs partially offset the benefits from higher revenues and drove a decline in operating margin.

Purchased transportation expense increased 16% in the first quarter of 2019 primarily due to higher volumes, increased rates and higher fuel costs. Salaries and employee benefits expense increased 18% in the first quarter of 2019 primarily due to additional staffing to support volume growth, the pay increases noted above and network expansion.

See Note 8 of the accompanying unaudited condensed consolidated financial statements for more information on such purchase orders.

*Operating Activities*

The amounts reflected in the table above for operating leases represent undiscounted future minimum lease payments under noncancelable operating leases (principally facilities and aircraft) with an initial or remaining term in excess of one year at August 31, 2018.

Included in the table above within the caption entitled "Non-capital purchase obligations and other" is our estimate of the current portion of the liability ($99 million) for uncertain tax positions. We cannot reasonably estimate the timing of the long-term payments or the amount by which the liability will increase or decrease over time; therefore, the long-term portion of the liability ($56 million) is excluded from the table.

The amounts reflected in the table above for interest on long-term debt represent future interest payments due on our long-term debt.

*Investing Activities*

The amounts reflected in the table above for capital purchase obligations represent noncancelable agreements to purchase capital-related equipment. Such contracts include those for certain purchases of aircraft, aircraft modifications, vehicles, facilities, computers and other equipment.

We had $992 million in deposits and progress payments as of August 31, 2018 on aircraft purchases and other planned aircraft-related transactions.

*Financing Activities*

The amounts reflected in the table above for long-term debt represent future scheduled principal payments on our long-term debt.

Additional information on amounts included within the operating, investing and financing activities captions in the table above can be found in our Annual Report.

**CRITICAL ACCOUNTING ESTIMATES**

The preparation of financial statements in accordance with accounting principles generally accepted in the United States requires management to make significant judgments and estimates to develop amounts reflected and disclosed in the financial statements. In many cases, there are alternative policies or estimation techniques that could be used. We maintain a thorough process to review the application of our accounting policies and to evaluate the appropriateness of the many estimates that are required to prepare the financial statements of a complex, global corporation. However, even under optimal circumstances, estimates routinely require adjustment based on changing circumstances and new or better information.

*GOODWILL.* Goodwill is tested for impairment between annual tests whenever events or circumstances make it more likely than not that the fair value of a reporting unit has fallen below its carrying value. We do not believe there has been any other change of events or circumstances that would indicate that a reevaluation of the goodwill of our reporting units is required as of August 31, 2018, nor do we believe the goodwill of our reporting units is at risk of failing impairment testing. For additional details on goodwill impairment testing, refer to Note 1 to the financial statements included in our Annual Report.

Information regarding our critical accounting estimates can be found in our Annual Report, including Note 1 to the financial statements therein. Management has discussed the development and selection of these critical accounting estimates with the Audit Committee of our Board of Directors and with our independent registered public accounting firm.

**FORWARD-LOOKING STATEMENTS**

Certain statements in this report, including (but not limited to) those contained in "Fuel," "Income Taxes," "Outlook," "Liquidity," "Liquidity Outlook," "Contractual Cash Obligations and Off-Balance Sheet Arrangements" and "Critical Accounting Estimates," and the "General," "Financing Arrangements," "Income Taxes," "Commitments" and "Contingencies" notes to the consolidated financial statements, are "forward-looking" statements within the meaning of the Private Securities Litigation Reform Act of 1995 with respect to our financial condition, results of operations, cash flows, plans, objectives, future performance and business. Forward-looking statements include those preceded by, followed by or that include the words "will," "may," "could," "would," "should," "believes," "expects," "anticipates," "plans," "estimates," "targets," "projects," "intends" or similar expressions. These forward-looking statements involve risks and uncertainties. Actual results may differ materially from those contemplated (expressed or implied) by such forward-looking statements because of, among other things, potential risks and uncertainties, such as:

- economic conditions in the global markets in which we operate;

- significant changes in the volumes of shipments transported through our networks, customer demand for our various services or the prices we obtain for our services;

- a significant data breach or other disruption to our technology infrastructure, which could adversely affect our reputation, business or results of operations;

- anti-trade measures and changes in international trade policies;

- our ability to integrate successfully the businesses and operations of FedEx Express and TNT Express in the expected time frame and at the expected cost;

- damage to our reputation or loss of brand equity;

- the price and availability of jet and vehicle fuel;

- our ability to manage our network capacity and cost structure for capital expenditures and operating expenses, and match it to shifting and future customer volume levels;

- the impact of intense competition on our ability to maintain or increase our prices (including our fuel surcharges in response to rising fuel costs) or to maintain or grow our revenues and market share;

- any impacts on our businesses resulting from evolving or new domestic or international government regulations, laws, and policies, which could be unfavorable to our business, including regulatory actions affecting data privacy and sovereignty, global aviation or other transportation rights, increased air cargo and other security or safety requirements, and tax, accounting, trade (such as protectionist measures or restrictions on free trade), foreign exchange intervention, labor (such as card-check legislation, joint employment standards or changes to the Railway Labor Act of 1926, as amended, affecting FedEx Express employees), environmental (such as global climate change legislation) or postal rules;

- future guidance, regulations, interpretations, or challenges to our tax positions relating to the TCJA and our ability to realize the benefits of certain provisions of the TCJA;

- our ability to effectively operate, integrate, leverage and grow acquired businesses, and to continue to support the value we allocate to these acquired businesses, including their goodwill and other intangible assets;

- our ability to achieve the FedEx Express profit improvement goal by the end of 2020;

- our ability to maintain good relationships with our employees and avoid attempts by labor organizations to organize groups of our employees, which could significantly increase our operating costs and reduce our operational flexibility;

- the impact of costs related to (i) challenges to the status of owner-operators engaged by FedEx Ground as independent contractors and direct employers of drivers providing services on their behalf, and (ii) any related changes to our relationship with these owner-operators and their drivers;

- any impact on our business from disruptions or modifications in service by, or changes in the business or financial soundness of, the U.S. Postal Service, which is a significant customer and vendor of FedEx;

- the impact of the United Kingdom's vote to leave the European Union;

- the impact of any international conflicts or terrorist activities on the United States and global economies in general, the transportation industry or us in particular, and what effects these events will have on our costs or the demand for our services;

- adverse weather or localized disasters in key geographic areas, such as earthquakes, volcanoes, wildfires, hurricanes, conflicts or unrest, or terrorist attacks, which can disrupt our electrical service, damage our property, disrupt our operations, increase our fuel costs and adversely impact demand for our services;

- increasing costs, the volatility of costs and funding requirements and other legal mandates for employee benefits, especially pension and healthcare benefits;

- changes in our ability to attract and retain pilots, drivers and package handlers;

- the increasing costs of compliance with federal, state and foreign governmental agency mandates (including the Foreign Corrupt Practices Act and the U.K. Bribery Act) and defending against inappropriate or unjustified enforcement or other actions by such agencies;

- changes in foreign currency exchange rates, especially in the euro, Chinese yuan, British pound, Canadian dollar, Brazilian real and Mexican peso, which can affect our sales levels and foreign currency sales prices;

- market acceptance of our new service and growth initiatives;

- any liability resulting from and the costs of defending against class-action litigation, such as wage-and-hour, joint employment, and discrimination and retaliation claims, and any other legal or governmental proceedings;

- the outcome of future negotiations to reach new collective bargaining agreements — including with the union that represents the pilots of FedEx Express (the current pilot agreement is scheduled to become amendable in November 2021) and with the union elected in 2015 to represent drivers at a FedEx Freight, Inc. facility;

- the impact of technology developments on our operations and on demand for our services, and our ability to continue to identify and eliminate unnecessary information-technology redundancy and complexity throughout the organization;

- governmental underinvestment in transportation infrastructure, which could increase our costs and adversely impact our service levels due to traffic congestion or sub-optimal routing of our vehicles and aircraft;

- widespread outbreak of an illness or any other communicable disease, or any other public health crisis;

- availability of financing on terms acceptable to us and our ability to maintain our current credit ratings, especially given the capital intensity of our operations; and

- other risks and uncertainties you can find in our press releases and SEC filings, including the risk factors identified under the heading "Risk Factors" in "Management's Discussion and Analysis of Results of Operations and Financial Condition" in our Annual Report, as updated by our quarterly reports on Form 10-Q.

As a result of these and other factors, no assurance can be given as to our future results and achievements. Accordingly, a forward-looking statement is neither a prediction nor a guarantee of future events or circumstances and those future events or circumstances may not occur. You should not place undue reliance on the forward-looking statements, which speak only as of the date of this report. We are under no obligation, and we expressly disclaim any obligation, to update or alter any forward-looking statements, whether as a result of new information, future events or otherwise.

EXHIBIT 31.1

**CERTIFICATION PURSUANT TO**
**RULES 13a-14(a) AND 15d-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,**
**AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Frederick W. Smith, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of FedEx Corporation (the "registrant");

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: September 17, 2018

/s/ Frederick W. Smith
_____
Frederick W. Smith
Chairman and
Chief Executive Officer

**EXHIBIT 31.2**

**CERTIFICATION PURSUANT TO**
**RULES 13a-14(a) AND 15d-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,**
**AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Alan B. Graf, Jr., certify that:

1.    I have reviewed this quarterly report on Form 10-Q of FedEx Corporation (the "registrant");

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: September 17, 2018

/s/ Alan B. Graf, Jr.
Alan B. Graf, Jr.
Executive Vice President and
Chief Financial Officer

EXHIBIT 32.1

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of FedEx Corporation ("FedEx") on Form 10-Q for the period ended August 31, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Frederick W. Smith, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)     The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of FedEx.

Date: September 17, 2018

/s/ Frederick W. Smith
Frederick W. Smith
Chairman and
Chief Executive Officer

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of FedEx Corporation ("FedEx") on Form 10-Q for the period ended August 31, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Alan B. Graf, Jr., certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)     The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of FedEx.

Date: September 17, 2018

/s/ Alan B. Graf, Jr.
Alan B. Graf, Jr.
Executive Vice President and
Chief Financial Officer