# Exhibit 16

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED November 30, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE TRANSITION PERIOD FROM _____ TO _____**

**Commission File Number: 1-15829**

# FEDEX CORPORATION

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **62-1721435** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **942 South Shady Grove Road, Memphis, Tennessee** | **38120** |
| *(Address of principal executive offices)* | *(ZIP Code)* |

**(901) 818-7500**

*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Common Stock | Outstanding Shares at December 14, 2018 |
|---|---|
| Common Stock, par value $0.10 per share | 261,043,625 |

FEDEX CORPORATION

INDEX

**PAGE**

PART I. FINANCIAL INFORMATION

ITEM 1. Financial Statements
Condensed Consolidated Balance Sheets
November 30, 2018 and May 31, 2018 ................................................................ 3
Condensed Consolidated Statements of Income
Three and Six Months Ended November 30, 2018 and 2017 .............................. 5
Condensed Consolidated Statements of Comprehensive Income
Three and Six Months Ended November 30, 2018 and 2017 .............................. 6
Condensed Consolidated Statements of Cash Flows
Six Months Ended November 30, 2018 and 2017 .............................................. 7
Notes to Condensed Consolidated Financial Statements ........................................ 8
Report of Independent Registered Public Accounting Firm .................................... 28
ITEM 2. Management's Discussion and Analysis of Results of Operations and Financial Condition ........ 29
ITEM 3. Quantitative and Qualitative Disclosures About Market Risk ........................ 53
ITEM 4. Controls and Procedures ............................................................................ 53

PART II. OTHER INFORMATION

ITEM 1. Legal Proceedings .................................................................................... 54
ITEM 1A. Risk Factors .......................................................................................... 54
ITEM 2. Unregistered Sales of Equity Securities and Use of Proceeds ...................... 55
ITEM 6. Exhibits .................................................................................................... 56
Signature ............................................................................................................... 58

Exhibit 4.1
Exhibit 4.2
Exhibit 4.3
Exhibit 4.4
Exhibit 10.1
Exhibit 10.2
Exhibit 10.3
Exhibit 10.4
Exhibit 10.5
Exhibit 10.6
Exhibit 10.7
Exhibit 10.8
Exhibit 10.9
Exhibit 10.10
Exhibit 10.11
Exhibit 10.12
Exhibit 10.13
Exhibit 15.1
Exhibit 31.1
Exhibit 31.2
Exhibit 32.1
Exhibit 32.2
Exhibit 101.1 Interactive Data Files

## RESULTS OF OPERATIONS

### CONSOLIDATED RESULTS

The following tables compare summary operating results and changes in revenue and operating income (dollars in millions, except per share amounts) for the periods ended November 30:

| | Three Months Ended | | Percent | Six Months Ended | | Percent |
| --- | --- | --- | --- | --- | --- | --- |
| | 2018 | 2017 | Change | 2018 | 2017 | Change |
| Revenues | $ 17,824 | $ 16,313 | 9 | $ 34,876 | $ 31,610 | 10 |
| Operating income (loss): | | | | | | |
| FedEx Express segment | 620 | 601 | 3 | 987 | 921 | 7 |
| FedEx Ground segment | 586 | 496 | 18 | 1,253 | 1,102 | 14 |
| FedEx Freight segment | 148 | 108 | 37 | 324 | 273 | 19 |
| Corporate, other and eliminations | (186) | (90) | (107) | (325) | (210) | (55) |
| Consolidated operating income | 1,168 | 1,115 | 5 | 2,239 | 2,086 | 7 |
| Operating margin: | | | | | | |
| FedEx Express segment | 6.5% | 6.6% | (10) bp | 5.2% | 5.3% | (10) bp |
| FedEx Ground segment | 11.4% | 11.0% | 40 bp | 12.6% | 12.6% | — bp |
| FedEx Freight segment | 7.7% | 6.5% | 120 bp | 8.4% | 8.2% | 20 bp |
| Consolidated operating margin | 6.6% | 6.8% | (20) bp | 6.4% | 6.6% | (20) bp |
| Consolidated net income | $ 935 | $ 775 | 21 | $ 1,770 | $ 1,371 | 29 |
| Diluted earnings per share | $ 3.51 | $ 2.84 | 24 | $ 6.60 | $ 5.03 | 31 |

| | Change in Revenue | | Change in Operating Income | |
| --- | --- | --- | --- | --- |
| | Three Months Ended | Six Months Ended | Three Months Ended | Six Months Ended |
| FedEx Express segment | $ 528 | $ 1,350 | $ 19 | $ 66 |
| FedEx Ground segment | 617 | 1,171 | 90 | 151 |
| FedEx Freight segment | 245 | 540 | 40 | 51 |
| FedEx Services segment | 13 | 30 | — | — |
| Corporate, other and eliminations | 108 | 175 | (96) | (115) |
| | $ 1,511 | $ 3,266 | $ 53 | $ 153 |

### Pension Accounting Change

As of June 1, 2018, we adopted new accounting guidance that changes how employers that sponsor defined benefit pension or other postretirement benefit plans present net periodic benefit cost in their income statement. This new guidance requires us to report only the service cost component in the salaries and employee benefits line item. The other components of net benefit cost are required to be presented in the income statement in other income, outside of income from operations. This new guidance impacts operating income and margin but has no impact on net income or earnings per share. We have applied these changes retrospectively.

### Overview

The comparison of our second quarter and first half results between 2019 and 2018 is significantly affected by the direct and indirect effects at FedEx Express of the NotPetya cyberattack in June 2017. Our prior year results were negatively impacted by the NotPetya cyberattack by an estimated $100 million ($0.31 per diluted share) in the second quarter of 2018 and by an estimated $400 million ($1.10 per diluted share) in the first half of 2018, primarily from loss of revenue associated with decreased shipments in the TNT Express network, as well as incremental costs to restore information-technology systems. Additional information on the NotPetya cyberattack can be found in our Annual Report. During the second quarter of 2019, we purchased insurance coverage designed to address certain aspects of cyber risks.

Our consolidated operating income improved during the second quarter and first half of 2019 due to volume growth, increased yields and the favorable net impact of fuel at all of our transportation segments. In addition, lower variable incentive compensation accruals benefited our results in the second quarter of 2019. A change in product mix from FedEx Express international package volume to freight volume, which intensified during the second quarter of 2019, increased costs and negatively impacted operating margins in the second quarter and first half of 2019. In addition, growth in U.S. deferred package volumes at FedEx Express and higher operating costs in salaries and employee benefits and maintenance and repairs negatively impacted operating margins in the second quarter and first half of 2019. Furthermore, at FedEx Express, operating results were negatively impacted by increasing softness in international volumes during the quarter, as we saw a significant slowing of the Eurozone economy, as well as continued softness in economic conditions in Asia.

We accelerated the timing of our merit pay increases for certain of our hourly employees during late 2018 following the enactment of the Tax Cuts and Jobs Act ("TCJA"), ahead of the normal October 2018 timing. The impact of this expense timing difference negatively affected the year-over-year comparison of the first half of 2019 results by approximately $75 million ($58 million, net of tax, or $0.21 per diluted share).

We recognized an income tax benefit of approximately $150 million ($0.56 per diluted share) and $285 million ($1.06 per diluted share) during the second quarter and first half of 2019, respectively, primarily related to a lower statutory income tax rate on fiscal 2019 earnings as a result of the enactment of the TCJA. In addition, our prior year results included a tax benefit of approximately $80 million ($0.29 per diluted share) recognized in the second quarter of 2018 attributable to foreign tax credits associated with a dividend paid from our foreign operations. See the "Income Taxes" section below for further information.

We incurred TNT Express integration expenses totaling $114 million ($90 million, net of tax, or $0.34 per diluted share) in the second quarter and $235 million ($188 million, net of tax, or $0.70 per diluted share) in the first half of 2019, an $8 million decrease from the second quarter and $1 million increase from the first half of 2018. The integration expenses are predominantly incremental costs directly associated with the integration of TNT Express, including professional and legal fees, salaries and employee benefits, advertising expenses and travel, and include any restructuring charges at TNT Express. Internal salaries and employee benefits are included only to the extent the individuals are assigned full-time to integration activities. These costs were incurred at FedEx Express and FedEx Corporate. The identification of these costs as integration-related expenditures is subject to our disclosure controls and procedures.

Our second quarter and first half of 2019 results include $46 million ($46 million, net of tax, or $0.17 per diluted share) of charges related to certain expected losses and professional fees in connection with an agreement in principle to settle a litigation matter involving FedEx Ground. These items are included in "Corporate, other and eliminations." See Note 9 of the accompanying unaudited condensed consolidated financial statements for further discussion.

The following graphs for FedEx Express, FedEx Ground and FedEx Freight show selected volume trends (in thousands) over the five most recent quarters:



(1)    International domestic average daily package volume relates to our international intra-country operations.

The following graphs for FedEx Express, FedEx Ground and FedEx Freight show selected yield trends over the five most recent quarters:



(1)    International domestic revenue per package relates to our international intra-country operations.

### *Revenue*

Revenues increased 9% in the second quarter and 10% in the first half of 2019 due to higher volumes and increased yields at all of our transportation segments. Revenues at FedEx Express increased 6% in the second quarter and 8% in the first half of 2019 primarily due to international package and freight volume recovery from the NotPetya cyberattack and U.S. domestic package volume growth. However, we experienced a deceleration in international package volume growth during the quarter at FedEx Express, as we saw a significant slowing of the Eurozone economy, as well as continued softness in economic conditions in Asia. At FedEx Ground, revenues increased 14% in the second quarter and 13% in the first half of 2019 due to volume growth and increased yields. FedEx Freight revenues increased 15% in the second quarter and 16% in the first half of 2019 due to higher revenue per shipment and average daily shipments. Higher fuel surcharges had a positive impact on revenues at all of our transportation segments in the second quarter and first half of 2019.

*Operating Expenses*

The following tables compare operating expenses expressed as dollar amounts (in millions) and as a percent of revenue for the periods ended November 30:

| | Three Months Ended | | | | Six Months Ended | | | |
| | 2018 | | 2017 | | 2018 | | 2017 | |
| --- | ---: | --- | ---: | --- | ---: | --- | ---: | --- |
| Operating expenses: | | | | | | | | |
| Salaries and employee benefits | $ | 6,260 | $ | 5,889 | $ | 12,520 | $ | 11,553 |
| Purchased transportation | | 4,346 | | 3,840 | | 8,313 | | 7,285 |
| Rentals and landing fees | | 836 | | 835 | | 1,659 | | 1,653 |
| Depreciation and amortization | | 828 | | 756 | | 1,636 | | 1,507 |
| Fuel | | 1,052 | | 818 | | 2,038 | | 1,521 |
| Maintenance and repairs | | 751 | | 665 | | 1,486 | | 1,340 |
| Other | | 2,583 | | 2,395 | | 4,985 | | 4,665 |
| Total operating expenses | $ | 16,656 | $ | 15,198 | $ | 32,637 | $ | 29,524 |
| Operating income | $ | 1,168 | $ | 1,115 | $ | 2,239 | $ | 2,086 |

| | Percent of Revenue | | | | | | | |
| | Three Months Ended | | | | Six Months Ended | | | |
| | 2018 | | 2017 | | 2018 | | 2017 | |
| --- | ---: | --- | ---: | --- | ---: | --- | ---: | --- |
| Operating expenses: | | | | | | | | |
| Salaries and employee benefits | 35.1 | % | 36.1 | % | 35.9 | % | 36.5 | % |
| Purchased transportation | 24.4 | | 23.6 | | 23.8 | | 23.1 | |
| Rentals and landing fees | 4.7 | | 5.1 | | 4.8 | | 5.2 | |
| Depreciation and amortization | 4.6 | | 4.6 | | 4.7 | | 4.8 | |
| Fuel | 5.9 | | 5.0 | | 5.8 | | 4.8 | |
| Maintenance and repairs | 4.2 | | 4.1 | | 4.3 | | 4.2 | |
| Other | 14.5 | | 14.7 | | 14.3 | | 14.8 | |
| Total operating expenses | 93.4 | | 93.2 | | 93.6 | | 93.4 | |
| Operating margin | 6.6 | % | 6.8 | % | 6.4 | % | 6.6 | % |

Operating margin declined in the second quarter due to a change in product mix from FedEx Express international package volume to freight volume. In addition, growth in U.S. deferred package volumes and higher operating costs in salaries and employee benefits and maintenance and repairs at FedEx Express contributed to the operating margin decline in the second quarter and first half of 2019. Furthermore, our results were negatively impacted by increasing softness in international volumes during the quarter at FedEx Express, as we saw a significant slowing of the Eurozone economy, as well as continued softness in economic conditions in Asia.

Purchased transportation costs increased 13% in the second quarter and 14% in the first half of 2019 primarily due to higher volumes at all of our transportation segments, as well as increased rates, including fuel costs at FedEx Ground and FedEx Freight. Salaries and employee benefits expense increased 6% in the second quarter and 8% in the first half of 2019 primarily due to merit increases, including the impact of accelerated merit increases, and higher staffing to support volume growth at all of our transportation segments. Lower variable incentive compensation accruals partially offset these higher expenses in the second quarter of 2019. Maintenance and repairs expense increased 13% in the second quarter and 11% in the first half of 2019 primarily due to the timing of aircraft engine maintenance events at FedEx Express.

*Fuel*

The following graph for our transportation segments shows our average cost of jet and vehicle fuel per gallon for the five most recent quarters:



Fuel expense increased 29% in the second quarter and 34% in the first half of 2019 primarily due to increased fuel prices. However, fuel prices represent only one component of the factors we consider meaningful in understanding the impact of fuel on our business. Consideration must also be given to the fuel surcharge revenue we collect. Accordingly, we believe discussion of the net impact of fuel on our results, which is a comparison of the year-over-year change in these two factors, is important to understand the impact of fuel on our business. In order to provide information about the impact of fuel surcharges on the trend in revenue and yield growth, we have included the comparative weighted-average fuel surcharge percentages in effect for the second quarters of 2019 and 2018 in the accompanying discussion of each of our transportation segments.

Most of our fuel surcharges are adjusted on a weekly basis. The fuel surcharge is based on a weekly fuel price from two weeks prior to the week in which it is assessed. Some FedEx Express international fuel surcharges incorporate a timing lag of approximately six to eight weeks.

The manner in which we purchase fuel also influences the net impact of fuel on our results. For example, our contracts for jet fuel purchases at FedEx Express are tied to various indices, including the U.S. Gulf Coast index. While many of these indices are aligned, each index may fluctuate at a different pace, driving variability in the prices paid for jet fuel. Furthermore, under these contractual arrangements, approximately 70% of our jet fuel is purchased based on the index price for the preceding week, with the remainder of our purchases tied to the index price for the preceding month, rather than based on daily spot rates. These contractual provisions mitigate the impact of rapidly changing daily spot rates on our jet fuel purchases.

Because of the factors described above, our operating results may be affected should the market price of fuel suddenly change by a significant amount or change by amounts that do not result in an adjustment in our fuel surcharges, which can significantly affect our earnings either positively or negatively in the short-term.

We routinely review our fuel surcharges and our fuel surcharge methodology. On September 10, 2018, we updated the tables used to determine our fuel surcharges at FedEx Express and FedEx Ground.

The net impact of fuel had a significant benefit to operating income in the second quarter and first half of 2019 as higher fuel surcharges more than offset increased fuel prices.

The net impact of fuel on our operating results does not consider the effects that fuel surcharge levels may have on our business, including changes in demand and shifts in the mix of services purchased by our customers. In addition, our purchased transportation expense may be impacted by fuel costs. While fluctuations in fuel surcharge percentages can be significant from period to period, fuel surcharges represent one of the many individual components of our pricing structure that impact our overall revenue and yield. Additional components include the mix of services sold, the base price and extra service charges we obtain for these services and the level of pricing discounts offered.

- 35 -

*Income Taxes*

Our effective tax rate was 20.6% for the second quarter and 22.3% for the first half of 2019, compared with 32.0% for the second quarter and 35.4% for the first half of 2018. The 2019 tax rate was favorably impacted by the TCJA, which resulted in benefits of approximately $150 million and $285 million during the second quarter and first half of 2019, respectively, primarily from the lower statutory tax rate on fiscal 2019 earnings. The 2019 tax rates were also favorably impacted by a tax benefit of approximately $60 million from accelerated deductions to be claimed on FedEx's 2018 U.S. income tax return. The 2018 tax rate benefited from foreign tax credits associated with a dividend paid from our foreign operations and tax benefits from share-based payments. The 2018 tax rate was negatively impacted by costs incurred in connection with the integration of the foreign operations of FedEx Express and TNT Express, the effects of the NotPetya cyberattack on lower taxed foreign earnings and changes in uncertain tax positions.

On August 1, 2018, the U.S. Treasury Department released proposed regulations covering the one-time transition tax on unrepatriated foreign earnings, which was enacted as part of the TCJA. Certain guidance included in these proposed regulations is inconsistent with our interpretation that led to the recognition of a $225 million ($0.94 per diluted share) benefit in 2018 (the "2018 Benefit"). Notwithstanding this inconsistency, we are confident in our interpretation and intend to defend this position through litigation, if necessary. This proposed guidance is not authoritative and is subject to change in the regulatory review process. However, if the proposed guidance is included in the final regulations as drafted or we are ultimately unsuccessful in defending our position, we may be required to reverse the 2018 Benefit.

The U.S. Treasury Department has also released proposed regulations related to the business interest expense limitations, foreign tax credit guidance, base-erosion and anti-abuse tax provisions of the TCJA. This proposed guidance is not authoritative and is subject to change in the regulatory review process. We continue to review these proposed regulations and consider their potential impact on our effective tax rate.

During the second quarter of 2019, we revised the provisional benefit associated with the remeasurement of our net U.S. deferred tax liability due to the corporate tax rate reduction under the TCJA. As a result, we recognized $4 million of tax expense resulting in a decrease to the $1.15 billion provisional benefit recorded in 2018. No other change to the provisional amounts recorded at May 31, 2018 has been recorded. We will continue to adjust provisional amounts for the impacts of the TCJA as more information and further guidance becomes available during the measurement period, which ends December 22, 2018.

We are subject to taxation in the United States and various U.S. state, local and foreign jurisdictions. We are currently under examination by the Internal Revenue Service for the 2014 and 2015 tax years. It is reasonably possible that certain income tax return proceedings will be completed during the next twelve months and could result in a change in our balance of unrecognized tax benefits. The expected impact of any changes would not be material to our consolidated financial statements. As of November 30, 2018, there were no material changes to our liabilities for unrecognized tax benefits subsequent to May 31, 2018.

*Outlook*

We expect volume growth at all of our transportation segments to support revenue and earnings growth in the second half of 2019, prior to any mark-to-market retirement plans adjustment and costs associated with a new voluntary employee buyout program (discussed below).

Our expectations for earnings growth in 2019 are dependent on key external factors, including fuel prices, moderate U.S. domestic economic growth and no further weakening in international economic conditions from our current forecast.

During the first half of 2019, we experienced an accelerating shift in service mix at FedEx Express from international package volume to freight volume, which intensified during the second quarter and increased costs and negatively impacted operating margin. In addition, growth in U.S. deferred package volumes and higher operating costs in our FedEx Express operations negatively impacted margins during the first half of 2019. Furthermore, during the second quarter of 2019, we experienced declining trends in revenue growth in our international operations, particularly in Europe and Asia. Absent significant improvements in international economic conditions, including a more stable trade environment, we expect these trends to continue for the remainder of our fiscal year. As a response to these trends, we have implemented new cost-reduction actions (as described below); however, the benefits of some of these actions will not be fully realized immediately.

While we still believe that we will realize the benefits that we expected when we acquired TNT Express, reductions in base business levels largely due to increasing international economic weakness during the second quarter, which is expected to continue, and a change in service mix following the NotPetya cyberattack in 2018 will delay the realization of those benefits past 2020. As a consequence, our operating profit improvement goal for our FedEx Express segment of $1.2 billion to $1.5 billion from 2017 will not be realized in 2020.

In response to current business and economic conditions, we have implemented cost controls over discretionary spending at FedEx Express and FedEx Services for the remainder of 2019, and we are making adjustments to our global air network to reduce capacity. We will also offer voluntary buyout incentives to certain U.S.-based employees as part of our ongoing efforts to improve efficiencies and reduce costs. It is anticipated that the vast majority of employees eligible for these incentives will be staff employees at FedEx Express and FedEx Services. Similar programs are being considered for employees in our international regions.

The U.S.-based employee voluntary buyout program will include voluntary severance payments to be calculated based on four weeks of gross base salary for every year of FedEx service up to a maximum payment of two years of pay and funding to healthcare reimbursement accounts. These incentives will not include any changes to retirement eligibility or payments. However, employees who are eligible for this program and are also eligible to retire may elect to accept the buyout and retire.

Costs of the benefits to be provided under the voluntary program will be recognized in the period that eligible employees accept their offers, which is expected to be predominantly in the fourth quarter of 2019 for the U.S.-based program. We expect the pre-tax cost of the U.S.-based program to range from $450 million to $575 million in pre-tax cash expenditures, but actual costs will depend on employee acceptance rates. We expect savings from the U.S.-based program to be between $225 million to $275 million on an annualized basis beginning in 2020.

During the remainder of 2019, we will continue to execute our TNT Express integration plans and will be focused on integrating the largest and most complex countries, which include the largest workforces and facilities. We continue to expect the aggregate integration program expense, including restructuring charges at TNT Express, through 2020 to be approximately $1.5 billion and expect to incur approximately $450 million of these costs during 2019. However, based on the timing of the completion of integration activities and any international voluntary employee buyout program, we may incur additional integration costs after 2020. The timing and amount of integration expenses and capital investments in any future period may change as we continue to execute the integration of TNT Express.

At FedEx Ground and FedEx Freight, we will continue executing operational improvement programs for the remainder of 2019 that are designed to increase operational efficiency and safety, enhance service offerings to our customers and reduce our cost structure. FedEx Ground is once again running six- and seven-day operations through the holiday season, and will continue six-day operations throughout its U.S. network year-round to serve the rapidly growing demand for e-commerce services.

*Other Outlook Matters.* For details on key 2019 capital projects, refer to the "Liquidity Outlook" section of this MD&A.

FedEx Ground previously announced plans to implement the Independent Service Provider ("ISP") model throughout its entire U.S. pickup-and-delivery network. The transition to the ISP model is being accomplished on a district-by-district basis and we are now targeting the transition to be completed during the second quarter of 2020. As of November 30, 2018, over two-thirds of FedEx Ground volume was being delivered by small businesses operating under the ISP model. The costs associated with these transitions will be recognized in the periods incurred and are not expected to be material to any future quarter.

See "Forward-Looking Statements" and Part II, Item 1A "Risk Factors" for a discussion of these and other potential risks and uncertainties that could materially affect our future performance.

## RECENT ACCOUNTING GUIDANCE

See Note 1 of the accompanying unaudited condensed consolidated financial statements for a discussion of recent accounting guidance.

## REPORTABLE SEGMENTS

FedEx Express, FedEx Ground and FedEx Freight represent our major service lines and, along with FedEx Services, constitute our reportable segments. Our reportable segments include the following businesses:

| | |
|---|---|
| **FedEx Express Segment** | FedEx Express (express transportation)<br>TNT Express (international express transportation, small-package ground delivery and freight transportation) |
| **FedEx Ground Segment** | FedEx Ground (small-package ground delivery) |
| **FedEx Freight Segment** | FedEx Freight (LTL freight transportation) |

**FedEx Services Segment**        FedEx Services (sales, marketing, information technology, communications, customer service, technical support, billing and collection services and back-office functions)
FedEx Office (document and business services and package acceptance)

## *FEDEX SERVICES SEGMENT*

The operating expense line item "Intercompany charges" on the accompanying unaudited condensed consolidated financial statements of our transportation segments reflects the allocations from the FedEx Services segment to the respective transportation segments. The allocations of net operating costs are based on metrics such as relative revenues or estimated services provided.

The FedEx Services segment provides direct and indirect support to our transportation businesses, and we allocate all of the net operating costs of the FedEx Services segment (including the net operating results of FedEx Office) to reflect the full cost of operating our transportation businesses in the results of those segments. Within the FedEx Services segment allocation, the net operating results of FedEx Office, which are an immaterial component of our allocations, are allocated to FedEx Express and FedEx Ground. We review and evaluate the performance of our transportation segments based on operating income (inclusive of FedEx Services segment allocations). For the FedEx Services segment, performance is evaluated based on the impact of its total allocated net operating costs on our transportation segments. We believe these allocations approximate the net cost of providing these functions. Our allocation methodologies are refined periodically, as necessary, to reflect changes in our businesses.

## *CORPORATE, OTHER AND ELIMINATIONS*

Corporate and other includes corporate headquarters costs for executive officers and certain legal and finance functions, as well as certain other costs and credits not attributed to our core business. These costs are not allocated to the other business segments.

Also included in corporate and other is the FedEx Trade Networks operating segment, which provides customs brokerage and global ocean and air freight forwarding through FedEx Trade Networks Transport & Brokerage, Inc.; cross-border enablement and technology solutions and e-commerce transportation solutions through FedEx Cross Border Technologies, Inc.; integrated supply chain management solutions through FedEx Supply Chain Distribution System, Inc. ("FedEx Supply Chain"); time-critical shipment services through FedEx Custom Critical, Inc.; and, effective September 1, 2018, critical inventory and service parts logistics, 3-D printing and technology repair through FedEx Forward Depots, Inc. ("FedEx Forward Depots"). In the second quarter and first half of 2019, the operating loss increase in "Corporate, other and eliminations" was driven primarily by the litigation matter at FedEx Ground (discussed above), operating losses at FedEx Supply Chain, the inclusion of FedEx Forward Depots following the realignment of FedEx Trade Networks in the fourth quarter of 2018 and lower transportation volumes due to weakness in the international economy.

Certain FedEx operating companies provide transportation and related services for other FedEx companies outside their reportable segment. Billings for such services are based on negotiated rates, which we believe approximate fair value, and are reflected as revenues of the billing segment. These rates are adjusted from time to time based on market conditions. Such intersegment revenues and expenses are eliminated in our consolidated results and are not separately identified in the following segment information because the amounts are not material.

- 38 -

*FEDEX EXPRESS SEGMENT*

FedEx Express offers a wide range of U.S. domestic and international shipping services for delivery of packages and freight including priority, deferred and economy services, which provide delivery on a time-definite or day-definite basis. Prior year amounts have been revised to conform to the current year presentation, including revised statistical information. The following tables compare revenues, operating expenses, operating income (dollars in millions), operating margin and operating expenses as a percent of revenue for the periods ended November 30:

| | Three Months Ended | | Percent | Six Months Ended | | Percent |
| | 2018 | 2017 | Change | 2018 | 2017 | Change |
|---|---|---|---|---|---|---|
| Revenues: | | | | | | |
| Package: | | | | | | |
| U.S. overnight box | $ 1,948 | $ 1,787 | 9 | $ 3,834 | $ 3,537 | 8 |
| U.S. overnight envelope | 444 | 432 | 3 | 912 | 882 | 3 |
| U.S. deferred | 1,060 | 922 | 15 | 2,012 | 1,800 | 12 |
| Total U.S. domestic package revenue | 3,452 | 3,141 | 10 | 6,758 | 6,219 | 9 |
| International priority | 1,896 | 1,865 | 2 | 3,770 | 3,628 | 4 |
| International economy | 885 | 815 | 9 | 1,735 | 1,585 | 9 |
| Total international export package revenue | 2,781 | 2,680 | 4 | 5,505 | 5,213 | 6 |
| International domestic[1] | 1,203 | 1,228 | (2) | 2,334 | 2,284 | 2 |
| Total package revenue | 7,436 | 7,049 | 5 | 14,597 | 13,716 | 6 |
| Freight: | | | | | | |
| U.S. | 792 | 688 | 15 | 1,522 | 1,301 | 17 |
| International priority | 564 | 541 | 4 | 1,097 | 995 | 10 |
| International economy | 554 | 481 | 15 | 1,073 | 862 | 24 |
| International airfreight | 83 | 100 | (17) | 168 | 183 | (8) |
| Total freight revenue | 1,993 | 1,810 | 10 | 3,860 | 3,341 | 16 |
| Other | 175 | 217 | (19) | 369 | 419 | (12) |
| Total revenues | 9,604 | 9,076 | 6 | 18,826 | 17,476 | 8 |
| Operating expenses: | | | | | | |
| Salaries and employee benefits | 3,441 | 3,339 | 3 | 6,914 | 6,553 | 6 |
| Purchased transportation | 1,354 | 1,304 | 4 | 2,661 | 2,488 | 7 |
| Rentals and landing fees | 474 | 492 | (4) | 944 | 976 | (3) |
| Depreciation and amortization | 449 | 410 | 10 | 885 | 825 | 7 |
| Fuel | 899 | 703 | 28 | 1,744 | 1,306 | 34 |
| Maintenance and repairs | 514 | 445 | 16 | 1,016 | 904 | 12 |
| Intercompany charges | 527 | 514 | 3 | 1,066 | 1,011 | 5 |
| Other | 1,326 | 1,268 | 5 | 2,609 | 2,492 | 5 |
| Total operating expenses | 8,984 | 8,475 | 6 | 17,839 | 16,555 | 8 |
| Operating income | $ 620 | $ 601 | 3 | $ 987 | $ 921 | 7 |
| Operating margin | 6.5% | 6.6% | (10) bp | 5.2% | 5.3% | (10) bp |

[1]    International domestic revenues relate to our international intra-country operations.

| | Percent of Revenue | | | |
| | Three Months Ended | | Six Months Ended | |
| | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|
| Operating expenses: | | | | |
| Salaries and employee benefits | 35.8 % | 36.8 % | 36.7 % | 37.5 % |
| Purchased transportation | 14.1 | 14.4 | 14.1 | 14.2 |
| Rentals and landing fees | 4.9 | 5.4 | 5.0 | 5.6 |
| Depreciation and amortization | 4.7 | 4.5 | 4.7 | 4.7 |
| Fuel | 9.4 | 7.7 | 9.3 | 7.5 |
| Maintenance and repairs | 5.4 | 4.9 | 5.4 | 5.2 |
| Intercompany charges | 5.4 | 5.7 | 5.7 | 5.8 |
| Other | 13.8 | 14.0 | 13.9 | 14.2 |
| Total operating expenses | 93.5 | 93.4 | 94.8 | 94.7 |
| Operating margin | 6.5 % | 6.6 % | 5.2 % | 5.3 % |

The following table compares selected statistics (in thousands, except yield amounts) for the periods ended November 30:

| | Three Months Ended | | Percent Change | Six Months Ended | | Percent Change |
| | 2018 | 2017 | | 2018 | 2017 | |
|---|---|---|---|---|---|---|
| Package Statistics | | | | | | |
| Average daily package volume (ADV): | | | | | | |
| U.S. overnight box | 1,308 | 1,248 | 5 | 1,269 | 1,217 | 4 |
| U.S. overnight envelope | 532 | 547 | (3) | 541 | 552 | (2) |
| U.S. deferred | 1,082 | 938 | 15 | 998 | 907 | 10 |
| Total U.S. domestic ADV | 2,922 | 2,733 | 7 | 2,808 | 2,676 | 5 |
| International priority | 555 | 552 | 1 | 540 | 530 | 2 |
| International economy | 302 | 277 | 9 | 289 | 264 | 9 |
| Total international export ADV | 857 | 829 | 3 | 829 | 794 | 4 |
| International domestic[1] | 2,670 | 2,706 | (1) | 2,530 | 2,475 | 2 |
| Total ADV | 6,449 | 6,268 | 3 | 6,167 | 5,945 | 4 |
| Revenue per package (yield): | | | | | | |
| U.S. overnight box | $ 23.63 | $ 22.73 | 4 | $ 23.60 | $ 22.70 | 4 |
| U.S. overnight envelope | 13.24 | 12.53 | 6 | 13.16 | 12.48 | 5 |
| U.S. deferred | 15.54 | 15.58 | — | 15.75 | 15.51 | 2 |
| U.S. domestic composite | 18.75 | 18.24 | 3 | 18.80 | 18.15 | 4 |
| International priority | 54.25 | 53.70 | 1 | 54.52 | 53.54 | 2 |
| International economy | 46.45 | 46.77 | (1) | 46.92 | 46.86 | — |
| International export composite | 51.50 | 51.38 | — | 51.87 | 51.32 | 1 |
| International domestic[1] | 7.15 | 7.20 | (1) | 7.21 | 7.21 | — |
| Composite package yield | 18.30 | 17.86 | 2 | 18.49 | 18.03 | 3 |
| Freight Statistics | | | | | | |
| Average daily freight pounds: | | | | | | |
| U.S. | 8,917 | 8,475 | 5 | 8,608 | 8,095 | 6 |
| International priority | 5,684 | 5,660 | — | 5,469 | 5,260 | 4 |
| International economy | 15,373 | 13,231 | 16 | 14,401 | 11,733 | 23 |
| International airfreight | 1,759 | 2,145 | (18) | 1,738 | 1,997 | (13) |
| Total average daily freight pounds | 31,733 | 29,511 | 8 | 30,216 | 27,085 | 12 |
| Revenue per pound (yield): | | | | | | |
| U.S. | $ 1.41 | $ 1.29 | 9 | $ 1.38 | $ 1.26 | 10 |
| International priority | 1.57 | 1.52 | 3 | 1.57 | 1.48 | 6 |
| International economy | 0.57 | 0.58 | (2) | 0.58 | 0.57 | 2 |
| International airfreight | 0.75 | 0.74 | 1 | 0.75 | 0.72 | 4 |
| Composite freight yield | 1.00 | 0.97 | 3 | 1.00 | 0.96 | 4 |

[1]    International domestic statistics relate to our international intra-country operations.

*FedEx Express Segment Revenues*

FedEx Express segment revenues increased 6% in the second quarter and 8% in the first half of 2019 primarily due to international package and freight volume recovery from the NotPetya cyberattack and U.S. domestic package volume growth. Higher fuel surcharges also contributed to an increase in revenue in both the second quarter and the first half of 2019. However, FedEx Express experienced a deceleration in international package volume growth during the quarter as we saw a significant slowing of the Eurozone economy, as well as continued softness in economic conditions in Asia.

U.S. domestic package average daily volumes increased 7% in the second quarter and 5% in the first half of 2019 driven by deferred and overnight services, as e-commerce continues to drive growth. U.S. domestic package yields increased 3% in the second quarter and 4% in the first half of 2019 driven primarily by higher fuel surcharges. Average daily freight pounds increased 8% in the second quarter and 12% in the first half of 2019 primarily due to higher volume in international freight services, driven by recovery from the NotPetya cyberattack and an overall product mix shift from package to freight. Freight yields increased 3% in the second quarter and 4% in the first half of 2019 primarily due to U.S. domestic freight services driven by higher fuel surcharges and higher base rates. International export average daily volumes increased 3% in the second quarter and 4% in the first half of 2019 primarily due to the recovery from the NotPetya cyberattack. However, international package volume growth has slowed across most regions, as discussed above. International export package yields slightly increased in the second quarter and first half of 2019 as higher fuel surcharges were offset by base yield declines and unfavorable exchange rates.

FedEx Express's U.S. domestic and outbound fuel surcharge and international fuel surcharges ranged as follows for the periods ended November 30:

|  | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
|  | 2018 | 2017 | 2018 | 2017 |
| U.S. Domestic and Outbound Fuel Surcharge: | | | | |
| Low | 7.90% | 4.42% | 7.02% | 2.21% |
| High | 10.80 | 4.87 | 10.80 | 4.87 |
| Weighted-average | 8.60 | 4.63 | 7.87 | 3.67 |
| International Fuel Surcharges: | | | | |
| Low | 8.65 | 5.65 | 8.47 | 3.38 |
| High | 18.82 | 12.16 | 18.82 | 13.75 |
| Weighted-average | 16.77 | 10.54 | 16.58 | 9.66 |

On November 5, 2018, FedEx Express announced a 4.9% average list price increase for U.S. domestic, U.S. export and U.S. import services effective January 7, 2019. On January 1, 2018, FedEx Express implemented a 4.9% average list price increase for U.S. domestic, U.S. export and U.S. import services.

*FedEx Express Segment Operating Income*

FedEx Express segment operating income increased during the second quarter and first half of 2019 due to higher revenues and the positive net impact of fuel, as well as lower variable incentive compensation accruals. A change in product mix from international package volume to freight volume, which intensified during the second quarter of 2019, increased costs and negatively impacted operating margins in the second quarter and first half of 2019. In addition, growth in U.S. deferred package volumes and higher operating costs in salaries and employee benefits and maintenance and repairs negatively impacted operating margin in the second quarter and first half of 2019. Furthermore, FedEx Express results were negatively impacted by increasing softness in international volumes during the quarter, as we saw a significant slowing of the Eurozone economy, as well as continued softness in economic conditions in Asia.

FedEx Express segment results included approximately $99 million of TNT Express integration expenses in the second quarter and $201 million of such expenses in the first half of 2019, a $3 million increase from the second quarter and $17 million increase from the first half of 2018.

Salaries and employee benefits expense increased 3% in the second quarter and 6% in the first half of 2019 primarily due to merit increases, including impacts of the accelerated merit increase during late 2018 following the passage of the TCJA (described in the "Overview" section above) and higher staffing to support volume growth. The increase in salaries and employee benefits expense in the second quarter of 2019 was partially offset by lower variable incentive compensation accruals. Purchased transportation expense increased 4% in the second quarter and 7% in the first half of 2019 primarily due to higher volume, partially offset by favorable exchange rates. Maintenance and repairs expense increased 16% in the second quarter and 12% in the first half of 2019 primarily due to the timing of aircraft engine maintenance events.

- 41 -

Fuel expense increased 28% in the second quarter and 34% in the first half of 2019 due to higher fuel prices. However, the net impact of fuel had a significant benefit to operating income in the second quarter and first half of 2019, as higher fuel surcharges more than offset increased fuel prices. See the "Fuel" section of this MD&A for a description and additional discussion of the net impact of fuel on our operating results.

- 42 -

**EXHIBIT 31.1**

**CERTIFICATION PURSUANT TO**
**RULES 13a-14(a) AND 15d-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,**
**AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Frederick W. Smith, certify that:

1.   I have reviewed this quarterly report on Form 10-Q of FedEx Corporation (the "registrant");

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.   The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

     (a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

     (b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

     (c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

     (d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.   The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

     (a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

     (b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 18, 2018


/s/ Frederick W. Smith
Frederick W. Smith
Chairman and
Chief Executive Officer

**EXHIBIT 31.2**

**CERTIFICATION PURSUANT TO**
**RULES 13a-14(a) AND 15d-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,**
**AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Alan B. Graf, Jr., certify that:

1.  I have reviewed this quarterly report on Form 10-Q of FedEx Corporation (the "registrant");

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 18, 2018

/s/ Alan B. Graf, Jr.
Alan B. Graf, Jr.
Executive Vice President and
Chief Financial Officer

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of FedEx Corporation ("FedEx") on Form 10-Q for the period ended November 30, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Frederick W. Smith, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)    The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of FedEx.

Date: December 18, 2018

/s/ Frederick W. Smith
Frederick W. Smith
Chairman and
Chief Executive Officer

**EXHIBIT 32.2**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of FedEx Corporation ("FedEx") on Form 10-Q for the period ended November 30, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Alan B. Graf, Jr., certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)    The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of FedEx.

Date: December 18, 2018

/s/ Alan B. Graf, Jr.
Alan B. Graf, Jr.
Executive Vice President and
Chief Financial Officer