# Exhibit 18

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 10-Q

---

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED August 31, 2017**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE TRANSITION PERIOD FROM _____ TO _____**

**Commission File Number: 1-15829**

---

# FEDEX CORPORATION

*(Exact name of registrant as specified in its charter)*

---

| | |
|---|---|
| **Delaware** | **62-1721435** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **942 South Shady Grove Road Memphis, Tennessee** | **38120** |
| *(Address of principal executive offices)* | *(ZIP Code)* |

**(901) 818-7500**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐
(Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Common Stock | Outstanding Shares at September 18, 2017 |
|---|---|
| Common Stock, par value $0.10 per share | 268,147,668 |

FEDEX CORPORATION

INDEX

PAGE

PART I. FINANCIAL INFORMATION

ITEM 1. Financial Statements

Condensed Consolidated Balance Sheets
August 31, 2017 and May 31, 2017 ................................................................................................... 3

Condensed Consolidated Statements of Income
Three Months Ended August 31, 2017 and August 31, 2016 ............................................................ 5

Condensed Consolidated Statements of Comprehensive Income
Three Months Ended August 31, 2017 and August 31, 2016 ............................................................ 6

Condensed Consolidated Statements of Cash Flows
Three Months Ended August 31, 2017 and August 31, 2016 ............................................................ 7

Notes to Condensed Consolidated Financial Statements ................................................................... 8

Report of Independent Registered Public Accounting Firm ............................................................... 22

ITEM 2. Management's Discussion and Analysis of Results of Operations and Financial Condition....................................... 23

ITEM 3. Quantitative and Qualitative Disclosures About Market Risk ................................................................. 45

ITEM 4. Controls and Procedures................................................................................................. 45

PART II. OTHER INFORMATION

ITEM 1. Legal Proceedings........................................................................................................ 46

ITEM 1A. Risk Factors ............................................................................................................ 46

ITEM 2. Unregistered Sales of Equity Securities and Use of Proceeds.......................................................... 47

ITEM 6. Exhibits ................................................................................................................. 48

Signature......................................................................................................................... 49

Exhibit Index ..................................................................................................................... E-1

Exhibit 10.1
Exhibit 10.2
Exhibit 10.3
Exhibit 10.4
Exhibit 10.5
Exhibit 10.6
Exhibit 10.7
Exhibit 10.8
Exhibit 10.9
Exhibit 10.10
Exhibit 12.1
Exhibit 15.1
Exhibit 31.1
Exhibit 31.2
Exhibit 32.1
Exhibit 32.2
Exhibit 101.1 Interactive Data Files

_Item 2. Management's Discussion and Analysis of Results of Operations and Financial Condition_

**GENERAL**

The following Management's Discussion and Analysis of Results of Operations and Financial Condition ("MD&A") describes the principal factors affecting the results of operations, liquidity, capital resources, contractual cash obligations and critical accounting estimates of FedEx Corporation ("FedEx"). This discussion should be read in conjunction with the accompanying quarterly unaudited condensed consolidated financial statements and our Annual Report on Form 10-K for the year ended May 31, 2017 ("Annual Report"). Our Annual Report includes additional information about our significant accounting policies, practices and the transactions that underlie our financial results, as well as a detailed discussion of the most significant risks and uncertainties associated with our financial condition and operating results.

We provide a broad portfolio of transportation, e-commerce and business services through companies competing collectively, operating independently and managed collaboratively, under the respected FedEx brand. Our primary operating companies are Federal Express Corporation ("FedEx Express"), including TNT Express B.V. ("TNT Express"), the world's largest express transportation company; FedEx Ground Package System, Inc. ("FedEx Ground"), a leading North American provider of small-package ground delivery services; and FedEx Freight, Inc. ("FedEx Freight"), a leading U.S. provider of less-than-truckload ("LTL") freight services. These companies represent our major service lines and, along with FedEx Corporate Services, Inc. ("FedEx Services"), form the core of our reportable segments.

As noted in our Annual Report, beginning in the first quarter of 2018, we began to report TNT Express as part of the FedEx Express segment. Prior year amounts have been revised to conform to the current year presentation. See "Reportable Segments" and Note 6 of the accompanying unaudited condensed consolidated financial statements for further discussion.

Our FedEx Services segment provides sales, marketing, information technology, communications, customer service, technical support, billing and collection services and certain back-office support functions that support our transportation segments. In addition, the FedEx Services segment provides customers with retail access to FedEx Express and FedEx Ground shipping services through FedEx Office and Print Services, Inc. ("FedEx Office"). See "Reportable Segments" for further discussion. Additional information on our businesses can also be found in our Annual Report.

The key indicators necessary to understand our operating results include:

- the overall customer demand for our various services based on macro-economic factors and the global economy;

- the volumes of transportation services provided through our networks, primarily measured by our average daily volume and shipment weight and size;

- the mix of services purchased by our customers;

- the prices we obtain for our services, primarily measured by yield (revenue per package or pound or revenue per shipment or hundredweight for LTL freight shipments);

- our ability to manage our network capacity and cost structure (capital expenditures and operating expenses) to match shifting volume levels; and

- the timing and amount of fluctuations in fuel prices and our ability to recover incremental fuel costs through our fuel surcharges.

The majority of our operating expenses are directly impacted by revenue and volume levels. Accordingly, we expect these operating expenses to fluctuate on a year-over-year basis consistent with the change in revenues and volumes. Therefore, the discussion of operating expense captions focuses on the key drivers and trends impacting expenses other than changes in revenues and volume. The line item "Other operating expenses" predominantly includes costs associated with outside service contracts (such as security, facility services and cargo handling), insurance, professional fees, taxes and licenses and uniforms.

Except as otherwise specified, references to years indicate our fiscal year ending May 31, 2018 or ended May 31 of the year referenced and comparisons are to the corresponding period of the prior year. References to our transportation segments include, collectively, the FedEx Express segment, the FedEx Ground segment and the FedEx Freight segment.

**RESULTS OF OPERATIONS**

*CONSOLIDATED RESULTS*

The following tables compare summary operating results and changes in revenue and operating income (dollars in millions, except per share amounts) for the three-month periods ended August 31:

| | 2017 | 2016 | Percent Change |
|---|---|---|---|
| Revenues | $ 15,297 | $ 14,663 | 4 |
| Operating income: | | | |
| FedEx Express segment | 433 | 610 | (29) |
| FedEx Ground segment | 626 | 610 | 3 |
| FedEx Freight segment | 176 | 135 | 30 |
| Eliminations, corporate and other | (118) | (91) | (30) |
| Consolidated operating income | 1,117 | 1,264 | (12) |
| Operating margin: | | | |
| FedEx Express segment | 5.0% | 7.2% | (220) bp |
| FedEx Ground segment | 13.5% | 14.2% | (70) bp |
| FedEx Freight segment | 10.0% | 8.1% | 190 bp |
| Consolidated operating margin | 7.3% | 8.6% | (130) bp |
| Consolidated net income | $ 596 | $ 715 | (17) |
| Diluted earnings per share | $ 2.19 | $ 2.65 | (17) |

| | Year-over-Year Changes | |
|---|---|---|
| | Revenues | Operating Income |
| FedEx Express segment | $ 192 | $ (177) |
| FedEx Ground segment | 349 | 16 |
| FedEx Freight segment | 94 | 41 |
| FedEx Services segment | 5 | — |
| Eliminations, corporate and other | (6) | (27) |
| | $ 634 | $ (147) |

*Overview*

On June 27, 2017, the worldwide operations of TNT Express were significantly affected by the cyberattack known as NotPetya, which involved the spread of an information systems virus through a Ukrainian tax software product. The systems and data of all other FedEx companies were unaffected by the attack. While TNT Express operations and communications were significantly affected, no data breach or data loss to third parties is known to have occurred.

Immediately following the attack, contingency plans were implemented to recover TNT Express operations and communications systems, and substantially all TNT Express services were fully restored during the first quarter of 2018. As of the date of this filing, substantially all of TNT Express's critical operational systems have been fully restored, critical business data has been recovered and core shipping services are back in place. We are now focused on finalizing the restoration of key customer-specific specialized solutions and systems in time for the peak shipping season.

Our first quarter 2018 results were negatively impacted due to the cyberattack by an estimated $300 million or $0.79 per diluted share, primarily from loss of revenue due to decreased shipments in the TNT Express network, as well as incremental costs to restore systems. We do not have cyber or other insurance in place that covers this attack. For a description of the ongoing impact of the cyberattack, see the discussion under the heading "Outlook" below.

We also incurred an aggregate of $112 million ($82 million, net of tax, or $0.30 per diluted share) in the first quarter of 2018 of TNT Express integration expenses, a $44 million increase from the first quarter of 2017. The integration expenses are incremental costs directly associated with the integration of TNT Express, including professional and legal fees, salaries and wages, advertising expenses and travel. Internal salaries and wages are included only to the extent the individuals are assigned full time to integration activities. These costs were incurred at FedEx Express and FedEx Corporation. The identification of these costs as integration-related expenditures is subject to our disclosure controls and procedures.

Improved yields at all of our transportation segments and lower incentive compensation accruals partially offset the negative impacts described above and higher costs at FedEx Ground during the first quarter of 2018.

The following graphs for FedEx Express, FedEx Ground and FedEx Freight show selected volume trends (in thousands) over the five most recent quarters:





----

<sup></sup>(1)    International domestic average daily package volume represents our international intra-country operations.

The following graphs for FedEx Express, FedEx Ground and FedEx Freight show selected yield trends over the five most recent quarters:



(1)    International domestic revenue per package represents our international intra-country operations.

### *Revenue*

Revenues increased 4% in the first quarter of 2018 due to improved performance at all of our transportation segments. At FedEx Ground, revenues increased 8% in the first quarter of 2018 due to volume growth and increased yields. Revenues at FedEx Express increased 2% in the first quarter of 2018 due to improved base yields, international package volume growth and higher fuel surcharges, partially offset by the loss of business from the NotPetya cyberattack. FedEx Freight revenues increased 6% in the first quarter of 2018 primarily due to higher LTL revenue per shipment.

*Operating Expenses*

The following tables compare operating expenses expressed as dollar amounts (in millions) and as a percent of revenue for the three-month periods ended August 31:

| | | | | | Percent of Revenue | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2017 | | 2016 | 2017 | 2016 |
| Operating expenses: | | | | | | |
| Salaries and employee benefits | $ | 5,518 | $ | 5,311 | 36.1 % | 36.2 % |
| Purchased transportation | | 3,445 | | 3,240 | 22.5 | 22.1 |
| Rentals and landing fees | | 818 | | 790 | 5.4 | 5.4 |
| Depreciation and amortization | | 751 | | 739 | 4.9 | 5.1 |
| Fuel | | 703 | | 650 | 4.6 | 4.4 |
| Maintenance and repairs | | 675 | | 598 | 4.4 | 4.1 |
| Other | | 2,270 | | 2,071 | 14.8 | 14.1 |
| Total operating expenses | $ | 14,180 | $ | 13,399 | 92.7 | 91.4 |
| Operating income | $ | 1,117 | $ | 1,264 | 7.3 % | 8.6 % |

Operating margin declined in the first quarter of 2018 primarily as a result of the NotPetya cyberattack at FedEx Express discussed above.

Salaries and employee benefits expense increased 4% in the first quarter of 2018 primarily due to merit increases and volume growth at our transportation segments, partially offset by lower incentive compensation accruals. Purchased transportation costs increased 6% in the first quarter of 2018 primarily due to higher volumes and increased rates at FedEx Ground and higher volumes at FedEx Express. Other expenses increased 10% in the first quarter of 2018 primarily due to outside service costs, incremental costs to restore systems impacted by the NotPetya virus and TNT Express integration expenses at FedEx Express. Maintenance and repairs expense increased 13% in the first quarter of 2018 primarily due to the timing of aircraft maintenance events at FedEx Express.

*Fuel*

The following graph for our transportation segments shows our average cost of jet and vehicle fuel per gallon for the five most recent quarters:



Fuel expense increased 8% in the first quarter of 2018 primarily due to increased fuel prices. Fuel prices represent only one component of the two factors we consider meaningful in understanding the impact of fuel on our business. Consideration must also be given to the fuel surcharge revenue we collect. Accordingly, we believe discussion of the net impact of fuel on our results, which is a comparison of the year-over-year change in these two factors, is important to understand the impact of fuel on our business. In order to provide information about the impact of fuel surcharges on the trend in revenue and yield growth, we have included the comparative weighted-average fuel surcharge percentages in effect for the first quarter of 2018 and 2017 in the accompanying discussions of each of our transportation segments.

Effective February 6, 2017, FedEx Express and FedEx Ground fuel surcharges are adjusted on a weekly basis. The fuel surcharge is based on a weekly fuel price from two weeks prior to the week in which it is assessed. The index used to determine the fuel surcharge percentage for our FedEx Freight business continues to adjust weekly. Some FedEx Express international fuel surcharges continue to incorporate a timing lag of approximately six to eight weeks.

Prior to February 6, 2017, our fuel surcharges for the FedEx Express and FedEx Ground businesses incorporated a timing lag of approximately six to eight weeks before they were adjusted for changes in fuel prices. For example, the fuel surcharge index in effect at FedEx Express in August 2017 was set based on June 2017 fuel prices.

Beyond these factors, the manner in which we purchase fuel also influences the net impact of fuel on our results. For example, our contracts for jet fuel purchases at FedEx Express are tied to various indices, including the U.S. Gulf Coast index. While many of these indices are aligned, each index may fluctuate at a different pace, driving variability in the prices paid for jet fuel. Furthermore, under these contractual arrangements, approximately 75% of our jet fuel is purchased based on the index price for the preceding week, with the remainder of our purchases tied to the index price for the preceding month, rather than based on daily spot rates. These contractual provisions mitigate the impact of rapidly changing daily spot rates on our jet fuel purchases.

Because of the factors described above, our operating results may be affected should the market price of fuel suddenly change by a significant amount or change by amounts that do not result in an adjustment in our fuel surcharges, which can significantly affect our earnings either positively or negatively in the short-term.

The net impact of fuel had a moderate positive impact to operating income in the first quarter of 2018 as higher fuel surcharges more than offset increased fuel prices.

The net impact of fuel on our operating results does not consider the effects that fuel surcharge levels may have on our business, including changes in demand and shifts in the mix of services purchased by our customers. While fluctuations in fuel surcharge percentages can be significant from period to period, fuel surcharges represent one of the many individual components of our pricing structure that impact our overall revenue and yield. Additional components include the mix of services sold, the base price and extra service charges we obtain for these services and the level of pricing discounts offered.

### *Income Taxes*

Our effective tax rate was 39.3% for the first quarter of 2018, compared with 37.4% in the first quarter of 2017. The 2018 tax rate was negatively impacted from costs incurred in connection with the integration of TNT Express and the effect of the cyberattack on lower taxed foreign earnings. These items were partially offset by the continuing benefit from the Accounting Standards Update for share-based payments. The 2017 tax rate benefitted from an increase in permanently reinvested international earnings.

We are subject to taxation in the United States and various U.S. state, local and foreign jurisdictions. We are currently under examination by the Internal Revenue Service for the 2014 and 2015 tax years. It is reasonably possible that certain income tax return proceedings will be completed during the next twelve months and could result in a change in our balance of unrecognized tax benefits. The expected impact of any changes would not be material to our consolidated financial statements. As of August 31, 2017, there were no material changes to our liabilities for unrecognized tax benefits from May 31, 2017.

### *Outlook*

We expect yield and volume growth at all of our transportation segments to support revenue and earnings growth in 2018, prior to any mark-to-market benefit plans adjustment. In addition, we are currently executing plans to improve FedEx Ground operating results for the remainder of 2018. While significant progress has been made on the restoration of TNT Express operations and information technology systems, TNT Express revenues, volumes and profits remain below pre-attack levels. We expect ongoing, but diminishing, financial impacts from the cyberattack for the remainder of 2018 in the form of lower revenues and higher investments related to information technology. Consequences and risks associated with the ongoing impact of the cyberattack that could negatively impact results of operations and financial condition in the future, particularly if our continuing recovery efforts do not proceed as expected, are described in Part II, Item 1A Risk Factors of this Quarterly Report on Form 10-Q. In addition, our second quarter and full year 2018 results will be negatively affected by our TNT Express integration and restructuring activities. We also anticipate the effects of Hurricane Harvey and Hurricane Irma will negatively impact our second quarter 2018 results. However, we expect lower incentive compensation accruals in 2018 will partially offset these negative impacts.

Our expectations for earnings growth in 2018 are dependent on key external factors, including fuel prices and moderate economic growth.

During the remainder of 2018, we will continue to execute our TNT Express integration plans. The integration process is complex as it spans over 200 countries and involves combining our pickup and delivery operations at a local level, our global and regional air and ground networks, and our extensive operations, customs clearance, sales and back-office information technology systems. The integration is expected to be completed by the end of 2020. We expect the aggregate integration program expense, including restructuring charges at TNT Express, over the four years to be approximately $800 million and expect to incur approximately $350 million of these costs during 2018. Our expected 2018 integration expenses are approximately $75 million higher than our previous estimates, as we are accelerating portions of our TNT Express integration given the recent cyberattack. We continue to refine our integration plans, however, particularly in light of the recent cyberattack at TNT Express. The timing and amount of integration expenses and capital investments in any future period may change as we implement our plans.

We are targeting operating income improvement at the FedEx Express segment of $1.2 billion to $1.5 billion in 2020 from 2017 assuming moderate economic growth, current accounting and tax rules and continued recovery from the NotPetya cyberattack. This target includes TNT Express synergies as well as base business and other operational improvements across the global FedEx Express network.

*Other Outlook Matters.* For details on key 2018 capital projects, refer to the "Liquidity Outlook" section of this MD&A.

We are involved in a number of lawsuits and other proceedings that challenge the status of FedEx Ground's owner-operators as independent contractors. For a description of these proceedings, see Note 8 of the accompanying unaudited condensed consolidated financial statements and the "Independent Contractor Model" section of our FedEx Ground segment MD&A.

FedEx Ground previously announced plans to implement the Independent Service Provider ("ISP") model throughout its entire U.S. pickup and delivery network, including the 29 states that had not yet begun transitioning to the ISP model. The transition to the ISP model in these 29 states is being accomplished on a district-by-district basis and is expected to be completed in the second half of calendar 2020. As of August 31, 2017, 59% of FedEx Ground volume was being delivered by small businesses operating under the ISP model. The costs associated with these transitions will be recognized in the periods incurred and are not expected to be material to any future quarter.

See "Forward-Looking Statements" for a discussion of these and other potential risks and uncertainties that could materially affect our future performance.

### *RECENT ACCOUNTING GUIDANCE*

New accounting rules and disclosure requirements can significantly impact our reported results and the comparability of our financial statements. We believe the following new accounting guidance is relevant to the readers of our financial statements.

During the first quarter of 2018, we early adopted the Accounting Standard Update issued by the Financial Accounting Standards Board ("FASB") related to Intra-Entity Transfers of Assets Other Than Inventory.  This update requires companies to recognize the income tax consequences of intra-entity transfers of assets other than inventory when the transfer occurs, as opposed to when the assets are ultimately sold to an outside party.  This new guidance had a minimal impact on our accounting and financial reporting for the first quarter of 2018.

On May 28, 2014, the FASB and International Accounting Standards Board issued a new accounting standard that will supersede virtually all existing revenue recognition guidance under generally accepted accounting principles in the United States. This standard will be effective for us beginning in fiscal 2019. The fundamental principles of the new guidance are that companies should recognize revenue in a manner that reflects the timing of the transfer of services to customers and the amount of revenue recognized reflects the consideration that a company expects to receive for the goods and services provided. The new guidance establishes a five-step approach for the recognition of revenue. We are continuing to assess the impact of this new standard on our consolidated financial statements and related disclosures, including ongoing contract reviews. We do not anticipate that the new guidance will have a material impact on our revenue recognition policies, practices or systems.

On February 25, 2016, the FASB issued a new lease accounting standard which requires lessees to put most leases on their balance sheets but recognize the expenses on their income statements in a manner similar to current practice. The new standard states that a lessee will recognize a lease liability for the obligation to make lease payments and a right-of-use asset for the right to use the underlying asset for the lease term. Expenses related to leases determined to be operating leases will be recognized on a straight-line basis, while those determined to be financing leases will be recognized following a front-loaded expense profile in which interest and amortization are presented separately in the income statement. Based on our lease portfolio, we currently anticipate recognizing a lease liability and related right-of-use asset on the balance sheet in excess of $13 billion with an immaterial impact on our income statement compared to the current lease accounting model. However, the ultimate impact of the standard will depend on the company's lease portfolio as of the adoption date. We are currently in the process of evaluating our existing lease portfolios, including accumulating all of the necessary information required to properly account for the leases under the new standard. Additionally, we are implementing an enterprise-wide lease management system to assist in the accounting and are evaluating additional changes to our processes and internal controls to ensure we meet the standard's reporting and disclosure requirements. These changes will be effective for our fiscal year beginning June 1, 2019 (fiscal 2020), with a modified retrospective adoption method to the beginning of 2018.

In March 2017, the FASB issued an Accounting Standards Update that changes how employers that sponsor defined benefit pension or other postretirement benefit plans present the net periodic benefit cost in the income statement. This new guidance requires entities to report the service cost component in the same line item or items as other compensation costs. The other components of net benefit cost are required to be presented in the income statement separately from the service cost component outside of income from operations. This standard will impact our operating income but will have no impact on our net income or earnings per share. For example, adoption of this guidance would have reduced operating income in the first quarter of 2018 by $146 million and by $112 million in the first quarter of 2017, but would not have impacted our net income in either period. This new guidance will be effective for our fiscal year beginning June 1, 2018 (fiscal 2019) and will be applied retrospectively.

### *REPORTABLE SEGMENTS*

FedEx Express, FedEx Ground and FedEx Freight represent our major service lines and, along with FedEx Services, form the core of our reportable segments. Our reportable segments include the following businesses:

| | |
|---|---|
| **FedEx Express Segment** | FedEx Express (express transportation and international small-package ground delivery and freight transportation) |
| | TNT Express (international express transportation, small-package ground delivery and freight transportation) |
| | FedEx Trade Networks (air and ocean freight forwarding, customs brokerage and cross-border enablement technology and solutions) |
| **FedEx Ground Segment** | FedEx Ground (small-package ground delivery) |
| | FedEx Supply Chain (third-party logistics) |
| **FedEx Freight Segment** | FedEx Freight (LTL freight transportation) |
| | FedEx Custom Critical (time-critical transportation) |
| **FedEx Services Segment** | FedEx Services (sales, marketing, information technology, communications, customer service, technical support, billing and collection services and back-office functions) |
| | FedEx Office (document and business services and package acceptance) |

As discussed in our Annual Report, in the first quarter of 2018, we began to report TNT Express as part of the FedEx Express segment.

### *FEDEX SERVICES SEGMENT*

The line item "Intercompany charges" on the accompanying unaudited condensed consolidated financial statements of our transportation segments reflects the allocations from the FedEx Services segment to the respective transportation segments. The allocations of net operating costs are based on metrics such as relative revenues or estimated services provided.

The FedEx Services segment provides direct and indirect support to our transportation businesses, and we allocate all of the net operating costs of the FedEx Services segment (including the net operating results of FedEx Office) to reflect the full cost of operating our transportation businesses in the results of those segments. Within the FedEx Services segment allocation, the net operating results of FedEx Office, which are an immaterial component of our allocations, are allocated to FedEx Express and FedEx Ground. We review and evaluate the performance of our transportation segments based on operating income (inclusive of FedEx Services segment allocations). For the FedEx Services segment, performance is evaluated based on the impact of its total allocated net operating costs on our transportation segments. We believe these allocations approximate the net cost of providing these functions. Our allocation methodologies are refined periodically, as necessary, to reflect changes in our businesses.

### *ELIMINATIONS, CORPORATE AND OTHER*

Certain FedEx operating companies provide transportation and related services for other FedEx companies outside their reportable segment. Billings for such services are based on negotiated rates, which we believe approximate fair value, and are reflected as revenues of the billing segment. These rates are adjusted from time to time based on market conditions. Such intersegment revenues and expenses are eliminated in our consolidated results and are not separately identified in the following segment information, because the amounts are not material.

Corporate and other includes corporate headquarters costs for executive officers and certain legal and financial functions, as well as certain other costs and credits not attributed to our core business. These costs are not allocated to the business segments.

*FEDEX EXPRESS SEGMENT*

FedEx Express offers a wide range of U.S. domestic and international shipping services for delivery of packages and freight including priority, deferred or economy services, which provide delivery on a time-definite or day-definite basis. As discussed in our Annual Report, beginning in the first quarter of 2018, we are reporting TNT Express as part of the FedEx Express segment. Prior year amounts have been revised to conform to the current year presentation. The following tables compare revenues, operating expenses, operating expenses as a percent of revenue, operating income (dollars in millions) and operating margin for the three-month periods ended August 31:

| | 2017 | 2016 | Percent Change | Percent of Revenue | |
| --- | --- | --- | --- | --- | --- |
| | | | | 2017 | 2016 |
| Revenues: | | | | | |
| Package: | | | | | |
| U.S. overnight box | $ 1,750 | $ 1,722 | 2 | | |
| U.S. overnight envelope | 450 | 443 | 2 | | |
| U.S. deferred | 878 | 810 | 8 | | |
| Total U.S. domestic package revenue | 3,078 | 2,975 | 3 | | |
| International priority | 1,741 | 1,715 | 2 | | |
| International economy | 770 | 693 | 11 | | |
| Total international export package revenue | 2,511 | 2,408 | 4 | | |
| International domestic[1] | 1,044 | 1,015 | 3 | | |
| Total package revenue | 6,633 | 6,398 | 4 | | |
| Freight: | | | | | |
| U.S. | 613 | 616 | — | | |
| International priority | 470 | 449 | 5 | | |
| International economy | 381 | 409 | (7) | | |
| International airfreight | 83 | 93 | (11) | | |
| Total freight revenue | 1,547 | 1,567 | (1) | | |
| Other[2] | 472 | 495 | (5) | | |
| Total revenues | 8,652 | 8,460 | 2 | 100.0 % | 100.0 % |
| Operating expenses: | | | | | |
| Salaries and employee benefits | 3,196 | 3,109 | 3 | 36.9 | 36.7 |
| Purchased transportation | 1,366 | 1,325 | 3 | 15.8 | 15.7 |
| Rentals and landing fees | 490 | 487 | 1 | 5.7 | 5.7 |
| Depreciation and amortization | 417 | 420 | (1) | 4.8 | 5.0 |
| Fuel | 603 | 555 | 9 | 7.0 | 6.6 |
| Maintenance and repairs | 460 | 393 | 17 | 5.3 | 4.6 |
| Intercompany charges | 488 | 462 | 6 | 5.6 | 5.5 |
| Other | 1,199 | 1,099 | 9 | 13.9 | 13.0 |
| Total operating expenses | 8,219 | 7,850 | 5 | 95.0 % | 92.8 % |
| Operating income | $ 433 | $ 610 | (29) | | |
| Operating margin | 5.0% | 7.2% | (220) bp | | |

[1]   International domestic revenues represent our international intra-country operations.

[2]   Includes FedEx Trade Networks.

The following table compares selected statistics (in thousands, except yield amounts) for the three-month periods ended August 31:

| | 2017 | 2016 | Percent Change |
|---|---|---|---|
| Package Statistics[1] | | | |
| Average daily package volume (ADV): | | | |
| U.S. overnight box | 1,188 | 1,255 | (5) |
| U.S. overnight envelope | 557 | 570 | (2) |
| U.S. deferred | 876 | 824 | 6 |
| Total U.S. domestic ADV | 2,621 | 2,649 | (1) |
| International priority | 502 | 500 | — |
| International economy | 252 | 238 | 6 |
| Total international export ADV | 754 | 738 | 2 |
| International domestic[2] | 2,421 | 2,309 | 5 |
| Total ADV | 5,796 | 5,696 | 2 |
| Revenue per package (yield): | | | |
| U.S. overnight box | $ 22.67 | $ 21.11 | 7 |
| U.S. overnight envelope | 12.43 | 11.96 | 4 |
| U.S. deferred | 15.42 | 15.12 | 2 |
| U.S. domestic composite | 18.07 | 17.28 | 5 |
| International priority | 53.25 | 52.78 | 1 |
| International economy | 46.97 | 44.78 | 5 |
| International export composite | 51.16 | 50.20 | 2 |
| International domestic[2] | 6.64 | 6.76 | (2) |
| Composite package yield | 17.61 | 17.28 | 2 |
| Freight Statistics[1] | | | |
| Average daily freight pounds: | | | |
| U.S. | 7,727 | 8,067 | (4) |
| International priority | 4,906 | 4,793 | 2 |
| International economy | 10,281 | 11,154 | (8) |
| International airfreight | 1,778 | 1,869 | (5) |
| Total average daily freight pounds | 24,692 | 25,883 | (5) |
| Revenue per pound (yield): | | | |
| U.S. | $ 1.22 | $ 1.18 | 3 |
| International priority | 1.48 | 1.44 | 3 |
| International economy | 0.57 | 0.57 | — |
| International airfreight | 0.72 | 0.76 | (5) |
| Composite freight yield | 0.96 | 0.93 | 3 |

[1]    Package and freight statistics include only the operations of FedEx Express and TNT Express.

[2]    International domestic statistics represent our international intra-country operations.

### *FedEx Express Segment Revenues*

FedEx Express segment revenues increased 2% in the first quarter of 2018 primarily due to improved base yields, international package volume growth and higher fuel surcharges, which were partially offset by the NotPetya cyberattack discussed above.

U.S. domestic package yields increased 5% in the first quarter of 2018 primarily due to higher base rates and fuel surcharges. U.S. domestic average daily volume decreased 1% in the first quarter of 2018 driven by our overnight service offerings. International export average daily volumes increased 2% in the first quarter of 2018 due to increased international economy shipments partially offset by the decrease in volume due to the NotPetya cyberattack. International export package yields increased 2% in the first quarter of 2018 due to higher fuel surcharges and favorable service mix, partially offset by lower base rates. Freight average daily pounds decreased 5% in the first quarter of 2018 primarily due to the NotPetya cyberattack. Freight yields increased 3% in the first quarter of 2018 primarily due to higher base yields and fuel surcharges.

Our U.S. domestic and outbound fuel surcharge and the international fuel surcharges ranged as follows for the three-month periods ended August 31:

| | 2017 | 2016 |
|---|---|---|
| U.S. Domestic and Outbound Fuel Surcharge: | | |
| Low | 2.21% | 0.91% |
| High | 3.33 | 2.53 |
| Weighted-average | 2.71 | 1.83 |
| International Fuel Surcharges: | | |
| Low | 3.38 | 1.16 |
| High | 13.73 | 9.45 |
| Weighted-average | 8.18 | 6.75 |

On September 18, 2017, FedEx Express announced a 4.9% average list price increase for U.S. domestic, U.S. export and U.S. import services effective January 1, 2018. Effective February 6, 2017, FedEx Express fuel surcharges are adjusted on a weekly basis compared to the previous monthly adjustment. On January 2, 2017, FedEx Express implemented a 3.9% average list price increase for U.S. domestic, U.S. export and U.S. import services and a change to the U.S. domestic dimensional weight divisor.

### FedEx Express Segment Operating Income

FedEx Express operating income and margin decreased in the first quarter of 2018 due to the NotPetya cyberattack, which was partially offset by yield growth, lower incentive compensation accruals and the ongoing benefit of cost management initiatives. The NotPetya cyberattack negatively affected results by an estimated $300 million in the first quarter of 2018. Results also included $88 million of TNT Express integration expenses in the first quarter of 2018, a $46 million increase from the first quarter of 2017. Hurricane Harvey, which caused severe damage in Houston, TX and surrounding areas, had a minimal impact on FedEx Express's results during the first quarter of 2018.

Other expenses increased 9% in the first quarter of 2018 due to increased outside service contracts, operating expenses to recover from the NotPetya cyberattack and TNT integration expenses. Salaries and employee benefits increased 3% in the first quarter of 2018 primarily due to merit increases and increased volume, which were partially offset by lower incentive compensation accruals. Maintenance and repairs increased 17% in the first quarter of 2018 due primarily to the timing of aircraft maintenance events. Purchased transportation increased 3% in the first quarter of 2018 due to increased volume.

Fuel expense increased 9% in the first quarter of 2018 due to increased fuel prices. The net impact of fuel had a moderate benefit to operating income in the first quarter of 2018 as higher fuel surcharges more than offset increased fuel prices. See the "Fuel" section of this MD&A for a description and additional discussion of the net impact of fuel on our operating results.

*FEDEX GROUND SEGMENT*

FedEx Ground service offerings include day-certain delivery to businesses in the U.S. and Canada and to 100% of U.S. residences. The following tables compare revenues, operating expenses, operating expenses as a percent of revenue, operating income (dollars in millions), operating margin and selected package statistics (in thousands, except yield amounts) for the three-month periods ended August 31:

| | 2017 | 2016 | Percent Change | Percent of Revenue | |
| --- | --- | --- | --- | --- | --- |
| | | | | **2017** | **2016** |
| Revenues: | | | | | |
| FedEx Ground | $ 4,241 | $ 3,891 | 9 | | |
| FedEx Supply Chain | 398 | 399 | — | | |
| Total revenues | 4,639 | 4,290 | 8 | 100.0 % | 100.0 % |
| Operating expenses: | | | | | |
| Salaries and employee benefits | 836 | 766 | 9 | 18.0 | 17.9 |
| Purchased transportation | 1,859 | 1,692 | 10 | 40.1 | 39.4 |
| Rentals | 201 | 181 | 11 | 4.4 | 4.2 |
| Depreciation and amortization | 173 | 163 | 6 | 3.7 | 3.8 |
| Fuel | 2 | 2 | — | — | — |
| Maintenance and repairs | 82 | 76 | 8 | 1.8 | 1.8 |
| Intercompany charges | 354 | 325 | 9 | 7.6 | 7.6 |
| Other | 506 | 475 | 7 | 10.9 | 11.1 |
| Total operating expenses | 4,013 | 3,680 | 9 | 86.5 % | 85.8 % |
| Operating income | $ 626 | $ 610 | 3 | | |
| Operating margin | 13.5% | 14.2% | (70) bp | | |
| Average daily package volume | | | | | |
| FedEx Ground | 7,688 | 7,389 | 4 | | |
| Revenue per package (yield) | | | | | |
| FedEx Ground | $ 8.47 | $ 8.09 | 5 | | |

### FedEx Ground Segment Revenues

FedEx Ground segment revenues increased 8% in the first quarter of 2018 due to volume growth and increased yields. Average daily volume at FedEx Ground increased 4% in the first quarter of 2018 primarily due to continued growth in our commercial and residential services. FedEx Ground yield increased 5% during the first quarter of 2018 primarily driven by higher base yields, growth in our commercial services and higher fuel surcharges.

The FedEx Ground fuel surcharge is based on a rounded average of the national U.S. on-highway average price for a gallon of diesel fuel, as published by the Department of Energy. Our fuel surcharge ranged as follows for the three-month periods ended August 31:

| | 2017 | 2016 |
| --- | --- | --- |
| Low | 4.00% | 3.30% |
| High | 4.50 | 4.00 |
| Weighted-average | 4.32 | 3.70 |

On September 18, 2017, FedEx Ground announced a 4.9% average list price increase effective January 1, 2018. In addition, as announced on September 18, 2017, dimensional weight pricing will apply to all FedEx SmartPost shipments effective January 22, 2018. Effective February 6, 2017, FedEx Ground fuel surcharges are adjusted on a weekly basis compared to the previous monthly adjustment. On January 2, 2017, FedEx Ground implemented a 4.9% average list price increase and a change to the U.S. domestic dimensional weight divisor. On January 4, 2016, FedEx Ground implemented a 4.9% increase in average list price.

### FedEx Ground Segment Operating Income

FedEx Ground segment operating income increased 3% in the first quarter of 2018 due to volume growth, increased yields and lower incentive compensation accruals. Continued network expansion and staffing costs, coupled with higher purchased transportation and self-insurance expenses, drove the margin decline in the first quarter of 2018. Hurricane Harvey, which caused severe damage in Houston, TX and surrounding areas, had a minimal impact on FedEx Ground's results during the first quarter of 2018.

As a result of these and other factors, no assurance can be given as to our future results and achievements. Accordingly, a forward-looking statement is neither a prediction nor a guarantee of future events or circumstances and those future events or circumstances may not occur. You should not place undue reliance on the forward-looking statements, which speak only as of the date of this report. We are under no obligation, and we expressly disclaim any obligation, to update or alter any forward-looking statements, whether as a result of new information, future events or otherwise.

## Item 3. *Quantitative and Qualitative Disclosures About Market Risk*

As of August 31, 2017, there had been no material changes in our market risk sensitive instruments and positions since our disclosures in our Annual Report.

The principal foreign currency exchange rate risks to which we are exposed are in the euro, Chinese yuan, British pound, Brazilian real, Canadian dollar and Mexican peso. Historically, our exposure to foreign currency fluctuations is more significant with respect to our revenues than our expenses, as a significant portion of our expenses are denominated in U.S. dollars, such as aircraft and fuel expenses. During the first three months of 2018, the U.S. dollar weakened relative to the currencies of the foreign countries in which we operate, as compared to May 31, 2017, and this weakening had a minimal impact on our results.

While we have market risk for changes in the price of jet and vehicle fuel, this risk is largely mitigated by our indexed fuel surcharges. For additional discussion of our indexed fuel surcharges see the "Fuel" section of "Management's Discussion and Analysis of Results of Operations and Financial Condition."

## Item 4. *Controls and Procedures*

The management of FedEx, with the participation of our principal executive and financial officers, has evaluated the effectiveness of our disclosure controls and procedures in ensuring that the information required to be disclosed in our filings under the Securities Exchange Act of 1934, as amended, is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, including ensuring that such information is accumulated and communicated to FedEx management as appropriate to allow timely decisions regarding required disclosure.

On June 27, 2017, the worldwide operations of TNT Express were significantly affected by the cyberattack known as NotPetya, which involved the spread of an information systems virus through a Ukranian tax software product. The systems and data of all other FedEx companies were unaffected by the attack. While TNT Express operations and communications were significantly affected, no data breach or data loss to third parties is known to have occurred.

Immediately following the attack, contingency plans were implemented to recover TNT Express operations and communications systems, and substantially all TNT Express services were fully restored during the first quarter of 2018. As of the date of this filing, substantially all of TNT Express's critical operational systems have been fully restored and critical business data has been recovered.

As a result of the cyberattack, the TNT Express internal control environment changed during the first quarter of 2018, as controls and procedures were modified in order to be properly performed. However, by the end of the first quarter of 2018, TNT Express's internal control environment was functioning at pre-cyberattack levels.

In addition, other than the internal control environment changes described above, during our fiscal quarter ended August 31, 2017, no change occurred in our internal control over financial reporting that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting. Therefore, based on management's evaluation, our principal executive and financial officers have concluded that such disclosure controls and procedures were effective as of August 31, 2017 (the end of the period covered by this Quarterly Report on Form 10-Q).

PART II. OTHER INFORMATION

*Item 1. Legal Proceedings*

For a description of all material pending legal proceedings, see Note 8 of the accompanying unaudited condensed consolidated financial statements.

*Item 1A. Risk Factors*

Other than the risk factor set forth below, there have been no material changes from the risk factors disclosed in our Annual Report (under the heading "Risk Factors" in "Management's Discussion and Analysis of Results of Operations and Financial Condition") in response to Part I, Item 1A of Form 10-K.

***TNT Express experienced a significant cyberattack in the first quarter of fiscal 2018 and the ongoing impact could negatively affect our results of operations and financial condition in the future, particularly if our continuing recovery efforts do not proceed as expected.***

On June 28, 2017, we announced that the worldwide operations of TNT Express were significantly affected by the cyberattack known as NotPetya, which involved the spread of an information technology virus that infiltrated TNT Express systems and encrypted its data. While TNT Express core shipping services have been restored and significant progress has been made on the recovery of the TNT Express business and information technology systems, we are continuing to engage in recovery efforts. We are now focused on the restoration of certain key customer-specific specialized solutions and systems in time for the fiscal 2018 peak shipping season. Our results of operations and financial condition could be negatively impacted in the future if our recovery efforts do not proceed as expected, particularly if incremental costs or lost revenues associated with the cyberattack exceed our expectations. The following consequences or potential consequences of the cyberattack could have an adverse impact on our results of operations and financial condition in the future:

- loss of revenue or increased bad debt expense due to delayed invoicing;
- loss of revenue due to permanent customer loss;
- loss of revenue due to the inability to restore certain key customer-specific specialized solutions and systems in time for the fiscal 2018 peak shipping season;
- additional costs due to claims for service failures;
- higher effective tax rate due to reduced international earnings;
- remediation costs to restore systems;
- increased operational costs due to contingency plans that remain in place;
- investments in enhanced systems in order to prevent future attacks;
- cost of incentives offered to customers to restore confidence and maintain business relationships;
- reputational damage resulting in the failure to retain or attract customers;
- costs associated with potential litigation or governmental investigations;
- costs associated with any data breach or data loss to third parties that is discovered;
- costs associated with the potential loss of critical business data;
- longer and more costly integration (due to increased expenses and capital spending requirements) of TNT Express and FedEx Express; and
- other consequences of which we are not currently aware but will discover through the ongoing remediation process.

*Item 2. Unregistered Sales of Equity Securities and Use of Proceeds*

The following table provides information on FedEx's repurchases of our common stock during the first quarter of 2018:

### ISSUER PURCHASES OF EQUITY SECURITIES

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Program | Maximum Number of Shares That May Yet Be Purchased Under the Program |
|---|---|---|---|---|
| June 1-30, 2017 | 120,000 | $ 200.61 | 120,000 | 15,900,000 |
| July 1-31, 2017 | 120,000 | 215.55 | 120,000 | 15,780,000 |
| Aug. 1-31, 2017 | 172,500 | 207.70 | 172,500 | 15,607,500 |
| **Total** | 412,500 | $ 207.92 | 412,500 | |

The repurchases were made under the stock repurchase program approved by our Board of Directors and announced on January 26, 2016 and through which we are authorized to purchase, in the open market or in privately negotiated transactions, up to an aggregate of 25 million shares of our common stock. As of September 19, 2017, 15.5 million shares remained authorized for purchase under the January 2016 stock repurchase program, which is the only such program that currently exists. The program does not have an expiration date.

**EXHIBIT 31.1**

**CERTIFICATION PURSUANT TO
RULES 13a-14(a) AND 15d-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,
AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Frederick W. Smith, certify that:

1.    I have reviewed this quarterly report on Form 10-Q of FedEx Corporation (the "registrant");

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

      (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

      (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

      (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

      (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

      (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

      (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: September 20, 2017

/s/ Frederick W. Smith
Frederick W. Smith
Chairman and
Chief Executive Officer

**EXHIBIT 31.2**

**CERTIFICATION PURSUANT TO**
**RULES 13a-14(a) AND 15d-14(a) UNDER THE SECURITIES EXCHANGE ACT OF 1934,**
**AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Alan B. Graf, Jr., certify that:

1.    I have reviewed this quarterly report on Form 10-Q of FedEx Corporation (the "registrant");

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: September 20, 2017

/s/ Alan B. Graf, Jr.
Alan B. Graf, Jr.
Executive Vice President and
Chief Financial Officer

**EXHIBIT 32.1**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of FedEx Corporation ("FedEx") on Form 10-Q for the period ended August 31, 2017 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Frederick W. Smith, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

    (1)    The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

    (2)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of FedEx.

Date: September 20, 2017

/s/ Frederick W. Smith
Frederick W. Smith
Chairman and
Chief Executive Officer

**EXHIBIT 32.2**

### CERTIFICATION PURSUANT TO
### 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
### SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Quarterly Report of FedEx Corporation ("FedEx") on Form 10-Q for the period ended August 31, 2017 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Alan B. Graf, Jr., certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)    The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of FedEx.

Date: September 20, 2017

/s/ Alan B. Graf, Jr.
Alan B. Graf, Jr.
Executive Vice President and
Chief Financial Officer