UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FEDEX CORP. SECURITIES LITIGATION | Civil Action No. 1:19-cv-05990-RA |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | |

**REVISED SCHEDULING ORDER**

IT IS HEREBY ORDERED that:

1. Lead Plaintiff's opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint shall be filed no later than May 27, 2020.

2. Defendants' reply brief(s) shall be filed no later than July 27, 2020.

*   *   *

## O R D E R

IT IS SO ORDERED.

DATED: March 30, 2020

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE