UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE FEDEX CORP. SECURITIES        :        Case No.: 1:19-cv-05990 (RA)
LITIGATION                          :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SUPPLEMENTAL DECLARATION OF SUSAN L. SALTZSTEIN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

I, Susan L. Saltzstein, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a member of the Bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendants FedEx Corporation ("FedEx"), Frederick W. Smith, Alan B. Graf, Jr., David J. Bronczek, Rajesh Subramaniam, David L. Cunningham, Michael C. Lenz and Robert B. Carter (collectively, "Defendants").

2.      I respectfully submit this declaration in further support of Defendants' Motion to Dismiss the Consolidated Amended Complaint (Dkt. No. 80), and to transmit true and correct copies of the following documents which were referred to in Plaintiff's Consolidated Amended Complaint (Dkt. No. 64) and are referenced in Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Consolidated Amended Complaint filed herewith:

Exhibit 23:    Transcript from FedEx's presentation at the 2018 Baird Global Industrial Conference held on November 7, 2018;

Exhibit 24:    Additional excerpts from FedEx's quarterly report for the quarterly period ended August 31, 2018, as filed with the SEC on Form 10-Q, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459018023207/fdx-10q_20180831.htm;

Exhibit 25:    Excerpts from FedEx's quarterly report for the quarterly period ended February 28, 2019, as filed with the SEC on Form 10-Q, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459019008444/fdx-10q_20190228.htm;

2

Exhibit 26:   Additional excerpts from FedEx's annual report for the fiscal year ended May 31, 2018, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000156459018016877/fdx-10k_20180531.htm;

Exhibit 27:   Additional excerpts from FedEx's annual report for the fiscal year ended May 31, 2017, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K, available in full at: https://www.sec.gov/Archives/edgar/data/1048911/000095012317006152/fdx-10k_20170531.htm; and

Exhibit 28:   FedEx's third quarter earnings call transcript for fiscal year 2019, dated March 19, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2020, in New York, New York.

/s/ Susan L. Saltzstein
SUSAN L. SALTZSTEIN

2