SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3000
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
----------
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
----------
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 27, 2020

**VIA ECF**

The Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE:     *In re FedEx Corp. Sec. Litig.*, No. 19-cv-5990 (RA)

Dear Judge Abrams:

We represent defendant FedEx Corp. and the seven individual defendants (collectively, "Defendants"). Today, Defendants filed their Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Consolidated Amended Complaint. (Dkt. No. 90.) Pursuant to Rule 4.G. of Your Honor's Individual Rules & Practices in Civil Cases, we respectfully request oral argument on Defendants' Motion to Dismiss the Consolidated Amended Complaint at the convenience and discretion of the Court. (Dkt. No. 80.)

Respectfully submitted,

*/s/ Jay B. Kasner*

Jay B. Kasner

cc:     All counsel of record (via ECF)