**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE FED EX CORP. SECURITIES LITIGATION

Master File No. 1:19-cv-05990(RA)
No. 1:19-cv-06183 (RA)
1:19-cv-08723 (RA)

**<u>JUDGMENT</u>**

Debtors.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 4, 2021, Defendants' motion to dismiss Plaintiff's complaint is GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
February 4, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
**BY:**      K. Mango
_____
**Deputy Clerk**